| | |
|---|---|
| Debtor name | Pip's Island Corporation |

United States Bankruptcy Court for the:

Southern District of New York, Manhattan Division

Case number (if known): 20-10825

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

**1.** **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2.** **Cash on hand** | |

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 **Signature Bank, N.A.** | **Checking account** | **7663** | **$0.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | | **$160.00** |

**4.** **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1 **Signature Bank, N.A.** | **$0.00** |
| 4.2 **PayPal, Inc.** | **$0.00** |

**5.** **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| **$160.00** |

## Part 2: Deposits and prepayments

**6.** **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 **Signature Bank**        **$0.00**

**Additional Page Total** - *See continuation page for additional entries*      **$155,352.41**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2**

   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.      **$155,352.41**

---

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

11. **Accounts Receivable**

| 11a. 90 days old or less: | $0.00 |  | - | $0.00 |  | = ...... ➜ | $0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  | face amount |  |  | doubtful or uncollectible accounts |  |  |  |
| 11b. Over 90 days old: | $0.00 |  | - | $0.00 |  | = ...... ➜ | $0.00 |
|  | face amount |  |  | doubtful or uncollectible accounts |  |  |  |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of fund or stock:        % of ownership:

15.1 __100% of shares in Pip's Island New York Corp.__    __100.00 %__    _____    __(Unknown)__

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**None**

**17.** **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.    __$0.00__

## Part 5:  Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| None | | | | |
| **20.** **Work in progress** | | | | |
| None | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| 21.1 **Miscellaneous Venue Inventory (See Attached Addendum A/B Part 5)** | __03/13/2020__ MM / DD / YYYY | __$205,067.00__ | Cost | __$20,507.00__ |
| **Additional Page Total** - *See continuation page for additional entries* | | | | __$0.00__ |
| **22.** **Other inventory or supplies** | | | | |
| None | | | | |

**23.** **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.    __$20,507.00__

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops — either planted or harvested**

None

**29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

None

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

None

**31.** **Farm and fishing supplies, chemicals, and feed**

None

**32.** **Other farming and fishing-related property not already listed in Part 6**

None

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.    _____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1 **Furniture, fixtures, costumes, props, sound and physical production** | $1,289,058.00 | | (Unknown) |
| **40.** **Office fixtures** | | | |
| **None** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **Projectors, monitors, computers, laptops** | $59,176.00 | | (Unknown) |
| **Additional Page Total** - *See continuation page for additional entries* | | | $0.00 |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43.** **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 8:**  Machinery, equipment, and vehicles

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

  None

**48.  Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

  None

**49.  Aircraft and accessories**

  None

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

  None

**51.  Total of Part 8**

  Add lines 47 through 50. Copy the total to line 87.                                           _____

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
  ☑ No
  ☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

**Part 9:   Real Property**

**54.  Does the debtor own or lease any real property?**
  ☑ No. Go to Part 10.
  ☐ Yes. Fill in the information below.

| General description Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

  None

**56.  Total of Part 9**

  Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.          _____

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | Intangibles and Intellectual Property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 **Copyrights covering certain assets including: show scripts; draft anmiated book series; book compendium (sold as part of the show's merchandise); all related artwork and illustrations; animations; video and other audio-visual recordings (including online); sets, props and kinetics; costumes (perpetual license to use, but full ownership likely to be subject to exercise of a buy-out right); music (original "Pip's Island" theme music and score); and website.** | (Unknown) | | (Unknown) |
| **61.** **Internet domain names and websites** | | | |
| 61.1 **See attached Addendum No. 61 for List of Domain Names.** | (Unknown) | | (Unknown) |
| **62.** **Licenses, franchises, and royalties** | | | |
| **None** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **None** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **None** | | | |
| **65.** **Goodwill** | | | |
| **None** | | | |
| **66.** **Total of Part 10** Add lines 60 through 65. Copy the total to line 89. | | | **$0.00** |

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 11:  All other assets**

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

71.1 Intercompany debt due from subsidiary _____ **(Unknown)** - _____ **(Unknown)** ⇒ ➡ _____ **(Unknown)**
                                                    Total face amount              doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1 Sole Shareholder of Pip's Island New York Corp. _____        _____ **(Unknown)**

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                                                **$0.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12:  Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $160.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $155,352.41 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,507.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................ | → | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $176,019.41 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................ | | $176,019.41 |

## Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** Checking, savings, money market, or financial brokerage accounts - *Continued*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.2 **Signature Bank, N.A.** | **Checking account** | **9550** | **$160.00** |
| 3.3 **Signature Bank, N.A.** | **Savings account** | **7601** | **$0.00** |
| 3.4 **Signature Bank, N.A.** | **Savings account** | **9763** | **$0.00** |

| | | | Current value of debtor's interest |
|---|---|---|---|

**7.** Deposits, including security deposits and utility deposits - *Continued*

Description, including name of holder of deposit

| | Current value of debtor's interest |
|---|---|
| 7.2 **DWF V 311 W 43rd, LLC** | **$82,681.07** |
| 7.3 **Farnam Street Financial, Inc.** | **$72,671.34** |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.** Office equipment - *Continued* | | | |
| 41.2 **Various equipment provided by Farnam pursuant to Agreement.** | **$900,735.50** | | **(Unknown)** |
| 41.3 **Lighting equipment** | **(Unknown)** | | **(Unknown)** |

Debtor name          Pip's Island Corporation

United States Bankruptcy Court for the:

Southern District of New York, Manhattan Division

Case number (if known):     20-10825

☐ Check if this is an
amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| **2.1** | **Creditor's name** | **Describe debtor's property that is subject to a lien** | unknown | $0.00 |
|---|---|---|---|---|

**Creditor's name**
Actors' Equity Association

**Creditor's mailing address**
Shannon Pezzello, Bonding Manager

165 W 46th St

New York, NY 10036-2501

**Creditor's email address, if known**
spezzello@actorsequity.org

**Date debt was incurred**     2/4/2019

**Last 4 digits of account number**       __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
Signature Bank

**Describe the lien**
Security Agreement - Irrevocable Letter of Credit

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** Amounts owed to Actors' Equity-League Pension and Health Trust Funds pursuant to a Collective Bargaining Agreement; letter of credit was drawn down prior to the filing date.

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                $329,125.22

## Part 1:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

### 2.2

**Creditor's name**

Farnam Street Financial, Inc.

**Creditor's mailing address**

Andrew Jenson

5850 Opus Parkway 240

Hopkins, MN 55343

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

    **For Asset:**
    **Various equipment provided by Farnam pursuant to Agreement.**

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

    **For Asset:**
    **Farnam Street Financial, Inc.**

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Various equipment provided by Farnam pursuant to Agreement.

Farnam Street Financial, Inc.

**Describe the lien**

Equipment lease payments

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

    $186,534.00       $72,671.34

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim
Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

---

**2.3**

**Creditor's name**
Henick-Lane Service Corp.

**Describe debtor's property that is subject to a lien**

$4,455.72          unknown

**Describe the lien**
Mechanics' Lien

**Creditor's mailing address**
Attn: Dan Gulbas, Vice President

45-33 Davis Street

Long Island City, NY 11101

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

---

**2.4**

**Creditor's name**
Henick-Lane, Inc.

**Describe debtor's property that is subject to a lien**

$138,135.50          unknown

**Describe the lien**
Mechanic's Lien

**Creditor's mailing address**
Attn: Robert Crawford, CFO

45-39 Davis Street

Long Island City, NY 11101

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.5**

**Creditor's name**
Margin Finance Company Limited

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC1 Filing

_____ unknown

_____ unknown

**Creditor's mailing address**
Attn: Officer, Manager, Authorized Agent

Trident Chambers, PO Box 146

Wickhams Cay, Road Town, Tortola, NA
VG1110, VGB,

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ | Line _____ | ____ ____ ____ ____ |

Fill in this information to identify the case:

Debtor name_____Pip's Island Corporation_____

United States Bankruptcy Court for the:
_____Southern District of New York, Manhattan Division_____

Case number (if known):_____20-10825_____

☐ Check if this is an
   amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

     ☐ No. Go to Part 2.
     ☑ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
     priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,033.00 | $1,033.00 |
|---|---|---|---|
| **Dixit, Himani** | ☐ Contingent | | |
| **424 West End Ave Apt 4J** | ☐ Unliquidated | | |
| **New York, NY 10024** | ☐ Disputed | | |
| | **Basis for the Claim:** | | |
| Date or dates debt was incurred | **Customer refund** | | |
| _____ | | | |
| | **Is the claim subject to offset?** | | |
| Last 4 digits of account | ☑ No | | |
| number ___ ___ ___ ___ | ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(7)** | | | |

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,225.00 | $1,225.00 |
|---|---|---|---|
| **Zelering, Shai** | ☐ Contingent | | |
| **111 West 67th St Apt 28B** | ☐ Unliquidated | | |
| **New York, NY 10023** | ☐ Disputed | | |
| | **Basis for the Claim:** | | |
| Date or dates debt was incurred | **Prepaid tickets** | | |
| _____ | | | |
| | **Is the claim subject to offset?** | | |
| Last 4 digits of account | ☑ No | | |
| number ___ ___ ___ ___ | ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(7)** | | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

4Wall Entertainment, Inc.

Erin Leone

1 Carol Place

Moonachie, NJ 07074

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$84,000.00

**3.2** Nonpriority creditor's name and mailing address

5W Public Relations, LLC

Ronn Torossian

230 Park Ave

New York, NY 10169

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$24,900.00

**3.3** Nonpriority creditor's name and mailing address

Abit, Otoja

37 W. 72nd St Apt 6C

New York, NY 10023

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.4** Nonpriority creditor's name and mailing address

Accelo Inc.

Jon Hunter

530 Howard Street

San Francisco, CA 94105

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,428.00

**3.5** Nonpriority creditor's name and mailing address

Across the Board Talent Agency

14542 Ventura Blvd Suite 201

Sherman Oaks, CA 91403

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Agent

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Part 2: | Additional Page |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
Act One Management | *Check all that apply.*
| | ☐ Contingent
1501 Broadway #12119 | ☐ Unliquidated
| | ☐ Disputed
New York, NY 10036 | Basis for the claim: **Agent**
| | Is the claim subject to offset?
Date or dates debt was incurred | ☑ No
Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,625.00
Action Environmental Services | *Check all that apply.*
| | ☐ Contingent
PO Box 554744 | ☐ Unliquidated
| | ☐ Disputed
Detroit, MI 48255-4744 | Basis for the claim: **Trade debt**
| | Is the claim subject to offset?
Date or dates debt was incurred | ☑ No
Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
Actors' Equity Association | *Check all that apply.*
| | ☐ Contingent
165 West 46th St 14th Fl | ☐ Unliquidated
| | ☐ Disputed
New York, NY 10036 | Basis for the claim: **Actors' Equity**
| | Is the claim subject to offset?
Date or dates debt was incurred | ☑ No
Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
Adarkwah, Alfred | *Check all that apply.*
| | ☐ Contingent
237 2nd St. | ☐ Unliquidated
| | ☑ Disputed
Jersey City, NJ 07302 | Basis for the claim: **Former employee**
| | Is the claim subject to offset?
Date or dates debt was incurred | ☑ No
Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
Adobe Creative Studio | *Check all that apply.*
| | ☐ Contingent
345 Park Ave | ☐ Unliquidated
| | ☐ Disputed
San Jose, CA 95110 | **Creditors that are not normally included in**
| | Basis for the claim: **Accounts Payable**
| | Is the claim subject to offset?
Date or dates debt was incurred | ☑ No
Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

## Part 2:  Additional Page

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.11** Nonpriority creditor's name and mailing address

ADP

575 Anton Blvd

Costa Mesa, CA 92626

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Creditors that are not normally included in**
Basis for the claim:  Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.12** Nonpriority creditor's name and mailing address

Agosto, Vincent

163 Troutman St. Apt 2R

Brooklyn, NY 11206

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.13** Nonpriority creditor's name and mailing address

Al-Alami, Zakaria

40 W. 116th Street Unit B810

New York, NY 10026

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$9,074.00

---

**3.14** Nonpriority creditor's name and mailing address

Alexander, John

647 West 184th St. Apt 2F

New York, NY 10033

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.15** Nonpriority creditor's name and mailing address

Algya, Toby

55 Ellwood St. Apt 2D

New York, NY 10040

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Part 2: | Additional Page |

---

**3.16** | Nonpriority creditor's name and mailing address

**Alicea, Kristen**

411 Emerson Pl

Valley Stream, NY 11580

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.17** | Nonpriority creditor's name and mailing address

**Amanda Bohan Marketing**

Amanda Bohan

1650 Broadway Suite 1112

New York, NY 10019

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$33,888.00

---

**3.18** | Nonpriority creditor's name and mailing address

**Amazon Prime**

440 Terry Ave N

Seattle, WA 98109

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Creditors that are not normally included in Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.19** | Nonpriority creditor's name and mailing address

**Amill, Fatimah**

150 Haven Ave Apt 7

New York, NY 10032

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.20** | Nonpriority creditor's name and mailing address

**Anderson, Aja**

1370 Saint Nicholas Ave Apt 325

New York, NY 10033

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| **Part 2:** | Additional Page |

**3.21** Nonpriority creditor's name and mailing address

Anderson, Colin

640 W 139th St Apt 39

New York, NY 10031

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.22** Nonpriority creditor's name and mailing address

Andy Romer Photography

Andy Romer

235 Whipstick Road

Wilton, CT 06897

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$4,856.00

---

**3.23** Nonpriority creditor's name and mailing address

Annis, Matthew C.

301 Meyersville Rd

Gillette, NJ 07933

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.24** Nonpriority creditor's name and mailing address

Archbold, Mary Theresa

58-60 43rd Ave

Woodside, NY 11377

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.25** Nonpriority creditor's name and mailing address

Athey, Jeff

154 Rogers Ave Apt 1R

Brooklyn, NY 11216

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**Part 2:**   Additional Page

---

**3.26**   Nonpriority creditor's name and mailing address

Attn: Jeremy Tizzard, Solicitor, Child Mind Limited

21 Arlington Street

London ENGLAND SW1A 1RN,

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:     $18,899,216.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Intercompany debt owed to sole shareholder

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27**   Nonpriority creditor's name and mailing address

Attractuor, LLC

Julie Payne

312 Blacklatch Lane

Camp Hill, PA 17011

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:     $2,180.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28**   Nonpriority creditor's name and mailing address

Avalon Artist Group West

5455 Wilshire Blvd Suite 900

Los Angeles, CA 90036

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Agent

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.29**   Nonpriority creditor's name and mailing address

Bach, Joseph D

772 Saint Nicholas Ave Apt 27

New York, NY 10031

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   Former employee

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30**   Nonpriority creditor's name and mailing address

Baker Management

35-37 36th St 2 Fl

Astoria, NY 11106

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Agent

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**  Additional Page

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**3.31**

Nonpriority creditor's name and mailing address

Baker, Daniel

511 West 159th St Apt 3

New York, NY 10032

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.32**

Nonpriority creditor's name and mailing address

Baker, Kara

209 Clinton Ave Apt 10A

Brooklyn, NY 11205

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.33**

Nonpriority creditor's name and mailing address

Bauer, Jessica

300 Deal Lake Dr Unit 8

Asbury Park, NJ 07712

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.34**

Nonpriority creditor's name and mailing address

Bell, Savannah

273 W 131st St Apt 4C

New York, NY 10027

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.35**

Nonpriority creditor's name and mailing address

Bensinger Technology

David Bensinger

69 West 9th Street Apt 10B

New York, NY 10011

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$5,700.00

| Part 2: | Additional Page |
|---------|-----------------|

**3.36**  Nonpriority creditor's name and mailing address

**Berkoski, Alan**

475 W 57th St Apt 7B2

New York, NY 10019

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Former employee__

unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.37**  Nonpriority creditor's name and mailing address

**Better Business Benefits - BBP**

125 West Orchard St

Itasca, IL 60143

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                     **Creditors that are not
                                     normally included in
Basis for the claim:  __Accounts Payable__

unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38**  Nonpriority creditor's name and mailing address

**Beyer-Paulsen, Sonja**

64 Wadsworth Terrace Apt 1F

New York, NY 10040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Former employee__

unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39**  Nonpriority creditor's name and mailing address

**Bianco, Frank**

227 Malcolm X Blvd Apt 1

Brooklyn, NY 11221

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Former employee__

unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40**  Nonpriority creditor's name and mailing address

**Bill, Jody L**

59 Nagle Ave Apt 34

New York, NY 10040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Former employee__

unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:**   Additional Page

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.41** Nonpriority creditor's name and mailing address
Bill.com

1810 Embarcadero Rd

Palo Alto, CA 94303

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.42** Nonpriority creditor's name and mailing address
BNW Rigging Inc.

PO Box 61

Bronx, NY 10471

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$14,463.00

---

**3.43** Nonpriority creditor's name and mailing address
Bodenheimer, Martin

150 W 140th St Apt 2L

New York, NY 10030

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.44** Nonpriority creditor's name and mailing address
Bogdanos, Emiliano

700 W 175th St Apt 4B

New York, NY 10033

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.45** Nonpriority creditor's name and mailing address
Bosarge, Tara M

352 W 46th St Apt A1

New York, NY 10036

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| **Part 2:** | Additional Page |
| --- | --- |

**3.46** Nonpriority creditor's name and mailing address

BrandArt Ltd

Neil Napthine

Studio House Heckworth Close

Colchester, C04 9TB, United Kingdom,

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$27,921.00

---

**3.47** Nonpriority creditor's name and mailing address

Breslow, Max

1803 Riverside Dr Apt 1F

New York, NY 10034

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.48** Nonpriority creditor's name and mailing address

Breuer, Lute

425 Park Pl Apt 3R

Brooklyn, NY 11238

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.49** Nonpriority creditor's name and mailing address

Brex Card

45 W. 45th St

New York, NY 10036

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.50** Nonpriority creditor's name and mailing address

Brinkmann, Ryan

363 Edgecombe Ave Apt 1

New York, NY 10031

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Part 2: | Additional Page |
|---------|-----------------|

**3.51** Nonpriority creditor's name and mailing address

Brodsky, Alexandra

205 W Broadway

Long Beach, NY 11561

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

**3.52** Nonpriority creditor's name and mailing address

Brooks, Nathaniel

422 Saint Nicholas Ave Apt 2S

New York, NY 10027

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

**3.53** Nonpriority creditor's name and mailing address

Bucki, Oskar

55 Hendrickson Ave

Lynbrook, NY 11563

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

**3.54** Nonpriority creditor's name and mailing address

Burden, Crystal

626 Wythe Pl Apt 10N

Brooklyn, NY 11249

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

**3.55** Nonpriority creditor's name and mailing address

Burnham, Megan

24-34 33rd St

Astoria, NY 11102

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:** Additional Page

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.56** Nonpriority creditor's name and mailing address

Bush, Jesse

5 Parkview Rd

Randolph, NJ 07869

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

**3.57** Nonpriority creditor's name and mailing address

Byerly, Robert

4312 Myers Park Dr

Durham, NC 27705

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

**3.58** Nonpriority creditor's name and mailing address

California Dept. of Tax and Fee Administration

Account Information Group, MIC:29

P.O. Box 942879

Sacramento, CA 94279-0029

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

**3.59** Nonpriority creditor's name and mailing address

Callahan, William

930 Park Ave 81st

New York, NY 10028

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

**3.60** Nonpriority creditor's name and mailing address

Carrillo, Lawrence

59 St Marks Pl Apt 3B

Brooklyn, NY 11217

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

**Part 2:    Additional Page**

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.61**

Nonpriority creditor's name and mailing address

Carroll, Kevin

47-56 58th Ln Apt 3

Woodside, NY 11377

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

unknown

---

**3.62**

Nonpriority creditor's name and mailing address

Carson-Adler Agency

250 West 57th St #2128

New York, NY 10107

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Agent

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

unknown

---

**3.63**

Nonpriority creditor's name and mailing address

Carta

195 Page Mill Rd #101

Palo Alto, CA 94306

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Creditors that are not normally included in
Basis for the claim:  Accounts Payable

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

unknown

---

**3.64**

Nonpriority creditor's name and mailing address

CFG Merchant Solutions, LLC

180 Maiden Lane 15th Fl

New York, NY 10038

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Short-term lender

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

unknown

---

**3.65**

Nonpriority creditor's name and mailing address

Chameleon Lighting Group, LLC

Al Crawford

37-18 Northern Blvd Suite 306

Long Island City, NY 11101

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade debt

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

$1,963.00

<table>
<tr><td colspan="2">

**Part 2:**  Additional Page

</td></tr>
</table>

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| | **Chase Business Card** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **PO Box 15298** | ☐ Unliquidated | |
| | **Wilmington, DE 19850-5298** | ☐ Disputed | |
| | | Basis for the claim:  **Credit card** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No<br>☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| | **Chasen, Lilith** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **320 E 91st St Apt 6RE** | ☐ Unliquidated | |
| | **New York, NY 10128** | ☐ Disputed | |
| | | Basis for the claim:  **Former employee** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No<br>☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| | **Chin, Jim** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **78 Pershing Ave** | ☐ Unliquidated | |
| | **New Rochelle, NY 10801** | ☑ Disputed | |
| | | Basis for the claim:  **Former employee** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No<br>☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| | **Churchill, Coleman** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **507 W 147th St Apt 25** | ☐ Unliquidated | |
| | **New York, NY 10031** | ☑ Disputed | |
| | | Basis for the claim:  **Former employee** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No<br>☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,487.00 |
|---|---|---|---|
| | **Cintas** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **Karen Osorio** | ☐ Unliquidated | |
| | **PO Box 630803** | ☐ Disputed | |
| | **Cincinnati, OH 45263** | Basis for the claim:  **Trade debt** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No<br>☐ Yes | |

| Part 2: | Additional Page |
|---|---|

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown

Cohen, Geoffrey M

124 W 60th St Apt 12F

New York, NY 10023

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,978.00

Con Edison - Account 0000-8

JAF Station, PO Box 1702

New York, NY 10116-1702

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,739.00

Con Edison - Account 0200-4

JAF Station, PO Box 1702

New York, NY 10116-1702

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $780.00

Convent of the Sacred Heart

Attn: Rebecca Ashley

1 East 91st St

New York, NY 10128

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer refund

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown

Cook, Evan

11414 Ashley Dr

Rockville, MD 20852

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

## Part 2:   Additional Page

---

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown

Coreno, Genee

35-33 83rd St Apt D1

Flushing, NY 11372

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown

Corey, Ashton M

511 E 73rd St Apt 22

New York, NY 10021

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown

Cornelius, Stephen

PO Box 1694

New York, NY 10101

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown

Costable, Jonchristian

16 North Broadway Apt 1F

White Plains, NY 10601

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown

Costable, Liana

16 N Broadway

White Plains, NY 10601

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**  Additional Page

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.81**  Nonpriority creditor's name and mailing address

Cotter, Colin

7117 Fort Hamilton Pkwy Apt 3R

Brooklyn, NY 11228

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.82**  Nonpriority creditor's name and mailing address

Coyle, Nathan

242 West 53rd Street Apt 42E

New York, NY 10019

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$14,000.00

---

**3.83**  Nonpriority creditor's name and mailing address

Cruz, Darvin

256 Berkeley Ave #1

Bloomfield, NJ 07003

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.84**  Nonpriority creditor's name and mailing address

Cuevas, Larsen

100 Riverdale Ave Apt 1B

Yonkers, NY 10701

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.85**  Nonpriority creditor's name and mailing address

Daniels, Brian

3 Brand Dr

Huntington, NY 11743

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**Part 2:** Additional Page

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,339.00 |
|---|---|---|---|

**3.86** Nonpriority creditor's name and mailing address

Davis & Gilbert LLP

Robert Karin

1740 Broadway

New York, NY 10019

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$46,339.00

---

**3.87** Nonpriority creditor's name and mailing address

de Arruda Camargo, Ricardo Joseph

123-33 83rd Ave Apt 2208

Kew Gardens, NY 11415

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.88** Nonpriority creditor's name and mailing address

Deabreu, Dilma

30-26 48th St Apt 1

Astoria, NY 11103

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.89** Nonpriority creditor's name and mailing address

Dedvukaj, Nick

250 East 73rd Street Apt 2C

New York, NY 10021

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,500.00

---

**3.90** Nonpriority creditor's name and mailing address

Denton, Alyssa Rose

306 West 142nd St Apt 3E

New York, NY 10030

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Part 2: | Additional Page |

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,375.00**
| Dera Lee Productions, LLC | *Check all that apply.* |
| | ☐ Contingent |
| Dera Lee | ☐ Unliquidated |
| | ☐ Disputed |
| 96 Steuben Street Suite 8A | **Basis for the claim:**  Trade debt |
| Brooklyn, NY 11205 | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred  _____ | ☐ Yes |
| Last 4 digits of account number  __ __ __ __ |

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| Deyo, Michael | *Check all that apply.* |
| | ☐ Contingent |
| 465 Grand St. Apt 1 | ☐ Unliquidated |
| Brooklyn, NY 11211 | ☑ Disputed |
| | **Basis for the claim:**  Former employee |
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| Diamond, Andrew | *Check all that apply.* |
| | ☐ Contingent |
| 466 W 150th St Apt 1A | ☐ Unliquidated |
| New York, NY 10031 | ☑ Disputed |
| | **Basis for the claim:**  Former employee |
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| Dion, Aubrey N | *Check all that apply.* |
| | ☐ Contingent |
| 583 Van Buren St Apt 3 | ☐ Unliquidated |
| Brooklyn, NY 11221 | ☑ Disputed |
| | **Basis for the claim:**  Former employee |
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| Douglas, Gorman, Rothacker, Wilhelm, Inc. | *Check all that apply.* |
| | ☐ Contingent |
| 33 W 46th St Suite 801 | ☐ Unliquidated |
| New York, NY 10036 | ☐ Disputed |
| | **Basis for the claim:**  Agent |
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

| Part 2: | Additional Page |
|---------|-----------------|

**3.96**

**Nonpriority creditor's name and mailing address**

Dropbox

185 Berry St 4th Fl

San Francisco, CA 94107

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt.

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.97**

**Nonpriority creditor's name and mailing address**

Duffus, Colin

694 Mullock Rd

Port Jervis, NY 12771

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.98**

**Nonpriority creditor's name and mailing address**

Duval, Justin M

1000 West St Apt 3B

Union City, NJ 07087

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.99**

**Nonpriority creditor's name and mailing address**

DWF V 311 W 43rd, LLC

311 West 43rd St Suite 404

New York, NY 10036

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Landlord

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.100**

**Nonpriority creditor's name and mailing address**

Eguia, Edgar

791 Rockland Ave

Staten Island, NY 10314

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

| Part 2: | Additional Page |
|---------|-----------------|

**3.101** | Nonpriority creditor's name and mailing address

Eliot Hill Corp

Joseph Panepinto

71-19 Eliot Ave

Middle Village, NY 11379

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$3,110.00

---

**3.102** | Nonpriority creditor's name and mailing address

Elite Associates Global Inc.

Tammy Lacey

401 Park Avenue South 10th Floor

New York, NY 10016

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$5,300.00

---

**3.103** | Nonpriority creditor's name and mailing address

Equity-League 401K Trust Fund

165 West 46th St 14th Fl

New York, NY 10036

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Actors Equity**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.104** | Nonpriority creditor's name and mailing address

Equity-League Health Trust Fund

165 West 46th St 14th Fl

New York, NY 10036

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Actors Equity**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.105** | Nonpriority creditor's name and mailing address

Erevena Limited

Jon Irvine

1 Southampton St

London, WC2R 0LR, United Kingdom ,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$80,000.00

**Part 2:**  Additional Page

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,158.00 |
|---|---|---|---|

**3.106**

Nonpriority creditor's name and mailing address

Ernest Winzer Cleaners

PO Box 294

Bronx, NY 10453

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$2,158.00

---

**3.107**

Nonpriority creditor's name and mailing address

Faerber, Patrick

5000 Broadway Apt 5M

New York, NY 10084

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.108**

Nonpriority creditor's name and mailing address

Farooqi, Danish

37-24 77th St Apt 1F

Jackson Heights, NY 11372

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.109**

Nonpriority creditor's name and mailing address

Fat Witch Bakery, Inc.

75 9th Avenue

New York, NY 10011

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$130.00

---

**3.110**

Nonpriority creditor's name and mailing address

Ferreras, Maria E

130 W 228th St Apt 6F

Bronx, NY 10463

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Part 2: | Additional Page |

---

**3.111**  **Nonpriority creditor's name and mailing address**

First Insurance Funding

PO Box 7000

Carol Stream, IL 60197

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,775.00

---

**3.112**  **Nonpriority creditor's name and mailing address**

FMC Engineering P.C.

261 West 35th Street

New York, NY 10001

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,566.00

---

**3.113**  **Nonpriority creditor's name and mailing address**

Forsythe, Sigrid

60 W 129th St Apt 4F

New York, NY 10027

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.114**  **Nonpriority creditor's name and mailing address**

Forward Financing LLC

Attn: Manager, Officer, Authorized Agent

100 Summer Street Suite 1175

Boston, MA 02110

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.115**  **Nonpriority creditor's name and mailing address**

Frangou, Ellie

21-43 29th St. Apt 2C

Astoria, NY 11105

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**Part 2:**  Additional Page

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,820.00 |

**3.116**

Nonpriority creditor's name and mailing address

Franklin, Gringer & Cohen, P.C.

666 Old Country Road Suite 202

Garden City, NY 11530-2013

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,820.00

---

**3.117**

Nonpriority creditor's name and mailing address

Fry, Jacob

665 9th Ave

New York, NY 10036

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.118**

Nonpriority creditor's name and mailing address

Funk, Samantha

165 West 127th St Apt 3I

New York, NY 10027

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.119**

Nonpriority creditor's name and mailing address

Fusco, Richard

123 Mulberry St. Apt 1

New York, NY 10013

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.120**

Nonpriority creditor's name and mailing address

Gateway Academy

Attn: M. DelPrete

200 Boscombe Ave

Staten Island, NY 10308

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepaid tickets.

Is the claim subject to offset?
☑ No
☐ Yes

$500.00

**Part 2:** Additional Page

**3.121** Nonpriority creditor's name and mailing address

Gautieri, Vincent

1 Bennett Ave Apt 35A

New York, NY 10033

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.122** Nonpriority creditor's name and mailing address

Gautreaux-Lantigua, Sophia

825 West 180th St Apt 2

New York, NY 10033

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.123** Nonpriority creditor's name and mailing address

Go Accountants, Inc.

Jim Burnham

152 Madison Avenue Suite 905

New York, NY 10016

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,141.00

---

**3.124** Nonpriority creditor's name and mailing address

Gonzalez, Janae

2877 Grand Concourse

Bronx, NY 10468

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.125** Nonpriority creditor's name and mailing address

Goodale, Ryan

4 S Pinehurst Ave Apt 6F

New York, NY 10033

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**Part 2:** Additional Page

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,665.00 |
|---|---|---|---|

**3.126**

Nonpriority creditor's name and mailing address

Google LLC

c/o A.G. Adjustments Ltd., Attn: Rudy Santana

P.O. Box 39000 Dept. 33654

San Francisco, CA 94139

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$46,665.00

---

**3.127**

Nonpriority creditor's name and mailing address

Gotham Sound & Communications, Inc.

Jess Spreen

35-10 35th Ave 2nd Floor

Long Island City, NY 11106

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$9,568.00

---

**3.128**

Nonpriority creditor's name and mailing address

Gradwohl, Lindsey

1850 Colden Ave Apt 3

Bronx, NY 10462

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.129**

Nonpriority creditor's name and mailing address

Great Point Insurance Services, Inc.

500 Putnam Ave Suite 400

Greenwich, CT 06830

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Insurance company

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.130**

Nonpriority creditor's name and mailing address

Greenidge, Roger

186-28 Ilion Ave

Saint Albans, NY 11412

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.131**

**Nonpriority creditor's name and mailing address**

Gregg Bank, GBM

455 Massachusetts Ave.

Washington, DC 20001

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.132**

**Nonpriority creditor's name and mailing address**

Guardian Insurance

7 Hanover Square

New York, NY 10004

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance company

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.133**

**Nonpriority creditor's name and mailing address**

Gutierrez, Joshua J

18-77 Madison St. Apt 1L

Ridgewood, NY 11385

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.134**

**Nonpriority creditor's name and mailing address**

Hammersley, Christopher W.

1617 Boylston Avenue 2nd Floor

Seattle, WA 98122

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,000.00

---

**3.135**

**Nonpriority creditor's name and mailing address**

Hann, Jennifer

100 Arden St Apt 6B

New York, NY 10040

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

## Part 2:    Additional Page

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.136**

Nonpriority creditor's name and mailing address

Hare, Jonathan W

91 Lenox Rd Apt 4D

Brooklyn, NY 11226

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.137**

Nonpriority creditor's name and mailing address

Haufschild, Eric

580 W 161st St Apt 54

New York, NY 10032

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.138**

Nonpriority creditor's name and mailing address

Hawke, Trisha

40 W 116th St B805

New York, NY 10026

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.139**

Nonpriority creditor's name and mailing address

Hegley, Maxwell

5014 4th Ave Apt 2

Brooklyn, NY 11220

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.140**

Nonpriority creditor's name and mailing address

Hickman, Shereen

PO Box 3043

Westfield, NJ 07091

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**Part 2:**  Additional Page

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

**3.141** Nonpriority creditor's name and mailing address
Hill, Kaila J

2 Saint Nicholas Place Apt 44

New York, NY 10031

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.142** Nonpriority creditor's name and mailing address
Hillie, Robert

334 E 3rd St Apt 2

Brooklyn, NY 11218

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.143** Nonpriority creditor's name and mailing address
HLA2

Attn: Myriam Hernandez

1870 Stillwell Ave

Brooklyn, NY 11223

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepaid tickets

Is the claim subject to offset?
☑ No
☐ Yes

$780.00

**3.144** Nonpriority creditor's name and mailing address
Hong, Jun

94-08 214th Pl

Queens Village, NY 11428

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.145** Nonpriority creditor's name and mailing address
Horne, Giles T

635 Riverside Dr Apt 9B

New York, NY 10031

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**Part 2:** Additional Page

---

**3.146** Nonpriority creditor's name and mailing address

Hubner, William

1270 5th Ave Apt 1K

New York, NY 10029

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.147** Nonpriority creditor's name and mailing address

Icahn Schools

Attn: Danielle Masi

1500 Pelham Parkway South

Bronx, NY 10461

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepaid tickets.

Is the claim subject to offset?
☑ No
☐ Yes

$9,100.00

---

**3.148** Nonpriority creditor's name and mailing address

Ignacio, Christopher

1104 34th Ave Apt C2

Astoria, NY 11106

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.149** Nonpriority creditor's name and mailing address

ILG Mechanical Services, Inc.

2323 Haviland Avenue

Bronx, NY 10462

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$313.00

---

**3.150** Nonpriority creditor's name and mailing address

Indic, Giles

557 W 148th St Apt 4D

New York, NY 10031

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Part 2: | Additional Page |
|---|---|

**3.151**

Nonpriority creditor's name and mailing address
**Internal Revenue Service**

**Centralized Insolvency Operations**

**P.O. Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.152**

Nonpriority creditor's name and mailing address
**Intuit**

**2632 Marine Way**

**Mountain View, CA 94043**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.153**

Nonpriority creditor's name and mailing address
**J&M Special Effects**

**Allison Aaron**

**524 Sackett Street**

**Brooklyn, NY 11217**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$6,250.00

---

**3.154**

Nonpriority creditor's name and mailing address
**Jacobs, Samuel**

**140 W End Ave Apt 19K**

**New York, NY 10023**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Former employee**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.155**

Nonpriority creditor's name and mailing address
**Jahoda, Jarrod**

**35-14 28th Ave Apt 20**

**Astoria, NY 11103**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Part 2: | Additional Page |
|---------|-----------------|

**3.156**

Nonpriority creditor's name and mailing address
JAM Consultants, Inc.

Christa Zummo

104 West 29th Street 9th Floor

New York, NY 10001

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$9,052.00

**3.157**

Nonpriority creditor's name and mailing address
Jarvis, Brett

191 Brewster Road

Dingmans Ferry, PA 18328

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,670.00

**3.158**

Nonpriority creditor's name and mailing address
John Creech Design & Production

John Creech

607 East 56th Street

Brooklyn, NY 11203

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$2,500.00

**3.159**

Nonpriority creditor's name and mailing address
John Kristiansen New York, Inc.

Brian Blythe

60 West 38th Street 3rd Floor East

New York, NY 10018

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,220.00

**3.160**

Nonpriority creditor's name and mailing address
Jones, Brad FM

391 8th Avenue Apt 4

New York, NY 10001

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**Part 2:**  Additional Page

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.161**

**Nonpriority creditor's name and mailing address**
Juman, Steven

137-48 171st St

Jamaica, NY 11434

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

unknown

---

**3.162**

**Nonpriority creditor's name and mailing address**
Kabbage

PO Box 77081

Atlanta, GA 30357

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Short-term lender

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

unknown

---

**3.163**

**Nonpriority creditor's name and mailing address**
Kalamata Capital Corp.

c/o Berkovich & Bouskila, PLLC
Attn: Ariel Bouskila

80 Broad Street Suite 3303

New York, NY 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

$68,410.00

---

**3.164**

**Nonpriority creditor's name and mailing address**
Kaye, Howard

220 W 107th St Apt 1D

New York, NY 10025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

unknown

---

**3.165**

**Nonpriority creditor's name and mailing address**
Kelly, Daniel

552 W 146th St Apt 17

New York, NY 10031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

unknown

## Part 2:   Additional Page

---

**3.166**

**Nonpriority creditor's name and mailing address**

Kingsford, Sally

305 Convent Ave Apt 24

New York, NY 10031

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.167**

**Nonpriority creditor's name and mailing address**

Kinsella, Patrick

573 Lafayette Ave Apt 3

Brooklyn, NY 11205

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.168**

**Nonpriority creditor's name and mailing address**

Kiser, Bryson

3052 42nd St Apt 3

Astoria, NY 11103

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.169**

**Nonpriority creditor's name and mailing address**

Kohler, Karlie

50 Clarke Drive

East Northport, NY 11731

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.170**

**Nonpriority creditor's name and mailing address**

Koto Studio Ltd

Caroline Mathews

10a Lant St

London, SE1 1QR, United Kingdom,

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$52,876.00

---

## Part 2:   Additional Page

### 3.171

**Nonpriority creditor's name and mailing address**

Krohn, Lauren

500 2nd St Apt 4

Hoboken, NJ 07030

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.172

**Nonpriority creditor's name and mailing address**

Krudop, Walter

246 West 73rd Street Apt 5C

New York, NY 10023

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Former employee; Key employee Equity Participation Program Agreement dated 4/19/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.173

**Nonpriority creditor's name and mailing address**

Lang, Megan

340 Haven Ave Apt 2B

New York, NY 10033

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.174

**Nonpriority creditor's name and mailing address**

Laroche, Richard

25 Broadway Terrace Apt 3C

New York, NY 10040

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.175

**Nonpriority creditor's name and mailing address**

Lautman, Noam

612 West 189th St Apt 33

New York, NY 10040

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

| Part 2: | Additional Page |
|---|---|

---

**3.176** | **Nonpriority creditor's name and mailing address**

**LD Enterprises**

**5A Clovebrook Road**

**Valhalla, NY 10595**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$695.00

---

**3.177** | **Nonpriority creditor's name and mailing address**

**Lerch, Monica**

**1010 President St Apt 4E**

**Brooklyn, NY 11225**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:  Former employee**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.178** | **Nonpriority creditor's name and mailing address**

**Levy, Charles**

**66 Fort Washington Ave Apt 55**

**New York, NY 10032**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:  Former employee**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.179** | **Nonpriority creditor's name and mailing address**

**Lichtwalt, John F**

**866 Bushwick Ave Floor 1**

**Brooklyn, NY 11221**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:  Former employee**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.180** | **Nonpriority creditor's name and mailing address**

**Linode**

**249 Arch St**

**Philadelphia, PA 19106**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**Part 2:** Additional Page

---

**3.181**

Nonpriority creditor's name and mailing address

**LoanBuilder**

**c/o PayPal Holdings, Inc. , Attn: Brianna Miller**

**2211 N 1st Street**

**San Jose, CA 95131**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Loan (A00359622); (A00300349)

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unsecured loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.182**

Nonpriority creditor's name and mailing address

**Loechel, Dorothy J**

**1224 Halsey Street Apt 1**

**Brooklyn, NY 11207**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Former employee**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.183**

Nonpriority creditor's name and mailing address

**Lorek, Erin**

**320 Quincy St Apt 2**

**Brooklyn, NY 11216**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Former employee**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.184**

Nonpriority creditor's name and mailing address

**Lounsbury, Alexis**

**33-09 31st Ave Apt 1H**

**Astoria, NY 11106**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Former employee**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.185**

Nonpriority creditor's name and mailing address

**Lumsden, Sage**

**356 Halsey Street**

**Brooklyn, NY 11216**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Former employee**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**Part 2:** Additional Page

---

**3.186** | Nonpriority creditor's name and mailing address

Luongo, Michael

34 Hillside Ave Apt 5Y

New York, NY 10040

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**3.187** | Nonpriority creditor's name and mailing address

Lyles, Milton

1102 Eastern Pkwy Apt 3D

Brooklyn, NY 11213

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**3.188** | Nonpriority creditor's name and mailing address

Lyon, Amanda

47-56 58th Ln Apt 3

Woodside, NY 11377

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**3.189** | Nonpriority creditor's name and mailing address

Lyons, Stephen

107 West 126th St Apt 2

New York, NY 10027

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**3.190** | Nonpriority creditor's name and mailing address

Madrid, Brandon

1262 Nelson Ave Apt 2F

Bronx, NY 10452

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**Part 2:**    Additional Page

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown |
|---|---|---|---|

**3.191**   Nonpriority creditor's name and mailing address
    **Mailchimp**

    **475 Ponce de Leon Ave, Northeast Suite 5000**

    **Atlanta, GA 30308**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

unknown

---

**3.192**   Nonpriority creditor's name and mailing address
    **Managed by Q LLC**

    **PO Box 392222**

    **Pittsburgh, PA 15251-9222**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

$3,436.00

---

**3.193**   Nonpriority creditor's name and mailing address
    **Manhattan Mechanical Services, Inc.**

    **Jennifer Gomez**

    **318 West 39th Street 2nd Floor**

    **New York, NY 10018**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

$3,194.00

---

**3.194**   Nonpriority creditor's name and mailing address
    **Mansfield, Paul**

    **311 W 43rd St**

    **New York, NY 10036**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** Former employee

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

unknown

---

**3.195**   Nonpriority creditor's name and mailing address
    **Marino, Peter M**

    **308 W 30th St Apt 8F**

    **New York, NY 10001**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** Former employee

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

unknown

**Part 2:**   Additional Page

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | unknown |
|---|---|---|---|

**3.196**

**Nonpriority creditor's name and mailing address**

Martinez, Jovanne

35 Nostrand Ave Apt 4A

Brooklyn, NY 11206

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**   Former employee

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**3.197**

**Nonpriority creditor's name and mailing address**

Martos Engineering

Elise Martos

15 North Mill Street Suite 207

Nyack, NY 10960

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Trade debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,082.00

---

**3.198**

**Nonpriority creditor's name and mailing address**

Marxen, Curtis

30 W 141st St. Apt 12N

New York, NY 10037

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**   Former employee

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**3.199**

**Nonpriority creditor's name and mailing address**

McCoy-Fischer, Rebecca

31-65 43rd St Apt 2

Astoria, NY 11103

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**   Former employee

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**3.200**

**Nonpriority creditor's name and mailing address**

McCurdy, Ryan

325 W 45th St Apt 216

New York, NY 10036

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**   Former employee

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

| Part 2: | Additional Page |
|---|---|

---

**3.201**

Nonpriority creditor's name and mailing address

McDuffy, Ariel

933 Putnam Ave Apt 2

Brooklyn, NY 11221

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.202**

Nonpriority creditor's name and mailing address

McGarrity, Madeleine

PO Box 538

Andover, NJ 07821

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$200.00

---

**3.203**

Nonpriority creditor's name and mailing address

McGawley, Jeremy L

330 Wadsworth Ave Apt 2E

New York, NY 10040

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.204**

Nonpriority creditor's name and mailing address

McIntyre, Robert

30-52 37th St Apt 1

Astoria, NY 11103

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.205**

Nonpriority creditor's name and mailing address

McKee, Bill

15 Broad Street Apt 912

New York, NY 10005

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Consultant

Is the claim subject to offset?
☑ No
☐ Yes

$21,666.00

---

**Part 2:** Additional Page

**3.206** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $735.00
*Check all that apply.*

McMaster-Carr

PO Box 7690

Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

McRae, Calli R

28-08 35th St Apt 3D

Long Island City, NY 11103

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Former employee

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

Meeks, Christiana

291 Edgecombe Ave Apt 4B

New York, NY 10031

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Former employee

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

Melby, Kathryn

1 Miramar Street

San Diego, CA 92092

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Former employee

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

Mezger, Thomas H

12 Bleecker St

Brooklyn, NY 11221

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Former employee

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**  Additional Page

**3.211**  Nonpriority creditor's name and mailing address

Michigan Dept. of Treasury, Tax Policy Division

Attn: Litigation Liaison
Austin Building

430 West Allegan Street 2nd Floor

Lansing, MI 48922

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Purposes Only.

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.212**  Nonpriority creditor's name and mailing address

Miller, Nathaniel

145 West 145th St Apt 62

New York, NY 10030

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.213**  Nonpriority creditor's name and mailing address

Mind the Gap, Inc.

Pete Fry

46 20th Street

Brooklyn, NY 11232

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$963.00

---

**3.214**  Nonpriority creditor's name and mailing address

Mission Culture LLC

Nicole Brown

45 Main Street Suite 200

Brooklyn, NY 11201

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,731.00

---

**3.215**  Nonpriority creditor's name and mailing address

Moir, Hayley

647 West 184th St Apt 2F

New York, NY 10033

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**Part 2:**  Additional Page

**3.216** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.00
Mommy Poppins, Inc.

Davi Tardie

511 Avenue of the Americas #504

New York, NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**3.217** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown
Montalvo, Christopher

6027 Saint Felix Ave

Glendale, NY 11385

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Former employee**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**3.218** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown
Montalvo, Victor

1224 Magie Avenue

Elizabeth, NJ 07208

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Former employee**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**3.219** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown
Moodey, Claire

100 E 21st St Apt 221

Brooklyn, NY 11226

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Former employee**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**3.220** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,077.00
MSL

Pauline Horwits

13273 Collections Center Drive

Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

| **Part 2:** | Additional Page |
|---|---|

---

**3.221** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | _unknown_
*Check all that apply.*

Muniz, Alyssa

283 Forest Drive

Union, NJ 07083

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** __Former employee__

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.222** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | _unknown_
*Check all that apply.*

Munoz, Adam

512 E 13th St Apt 1FE

New York, NY 10009

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** __Former employee__

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.223** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | _unknown_
*Check all that apply.*

Murphy, Megan

30 W 141st St Apt 12N

New York, NY 10037

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** __Former employee__

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.224** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | _unknown_
*Check all that apply.*

Musto, Christian

103 Newport Rd

Island Park, NY 11558

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** __Former employee__

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.225** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | _$82.00_
*Check all that apply.*

New Pig Corporation

One Pork Ave

Tipton, PA 16684

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| Part 2: | Additional Page |
|---------|-----------------|

**3.226** Nonpriority creditor's name and mailing address
New World Network Corp.

1177 Avenue of the Americas 5th Floor

New York, NY 10036

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$3,855.00

---

**3.227** Nonpriority creditor's name and mailing address
Nicholas & Lence Communications, LLC

Cristyne L. Nicholas

28 West 44th St. Suite 301

New York, NY 10036

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$40,656.00

---

**3.228** Nonpriority creditor's name and mailing address
Nigro, Michael W

200 Oak Lane

Cranford, NJ 07016

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.229** Nonpriority creditor's name and mailing address
NY Cake Pops

642 West 28th Street

New York, NY 10001

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$3,570.00

---

**3.230** Nonpriority creditor's name and mailing address
NYC Dept. of Finance

Attn: Legal Affairs

345 Adams Street 3rd Floor

Brooklyn, NY 11201

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  For Notice Purposes Only

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**Part 2:**  Additional Page

---

**3.231**

**Nonpriority creditor's name and mailing address**

NYS Dept. Taxation & Finance

Bankruptcy/Special Procedures Section

P.O. Box 5300

Albany, NY 12205-0300

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Purposes Only

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.232**

**Nonpriority creditor's name and mailing address**

NYS Unemployment Insurance Fund

P.O. Box 551

Albany, NY 12201

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Purposes Only

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.233**

**Nonpriority creditor's name and mailing address**

NYS Workers' Compensation Board

Attn: Finance Office

328 State Street Rm 331

Schenectady, NY 12305-2302

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,494.00

---

**3.234**

**Nonpriority creditor's name and mailing address**

NYSIF

199 Church St

New York, NY 10007-1100

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Insurance company

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.235**

**Nonpriority creditor's name and mailing address**

Ocasio-Pagan, Steven

6013 78th Ave Floor 1

Glendale, NY 11385

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**Part 2:**   Additional Page

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,010.00 |

**Offprem Technology LLC**

**Kelli Bell**

**12175 Visionary Way Suite 1020**

**Fishers, IN 46038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $350.00 |

**Ogunrinu, Bamike**

**90 Pitt Street Apt 3D**

**New York, NY 10002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

---

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown |

**Oleson, Eric**

**98 Bergen St Apt 2**

**Brooklyn, NY 11201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:  Former employee**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

---

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown |

**Oxford Health (United Healthcare)**

**PO Box 29135**

**Hot Springs, AR 71903**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Insurance company**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

---

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown |

**Parking Violations Bureau**

**210 Joralemon Avenue**

**Brooklyn, NY 11201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notices Purposes Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

| Part 2: | Additional Page |

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown
Patel, Sanket

330 Angelo Cifelli Dr 283

Harrison, NJ 07029

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown
Paterson, Andrew J

484 West 43rd Street Apt 40C

New York, NY 10036

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown
Patterson, Mike

65 Schuyler Ave

Pompton Lakes, NJ 07442

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown
PayPal Holdings, Inc.

Attn: James Hakes (jhakes@paypal.com)

2211 N 1st Street

San Jose, CA 95131

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Merchant account

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  M  G  H  N

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown
Percevecz, Zach

204 Rogers Ave Apt 2

Brooklyn, NY 11225

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**Part 2:**  Additional Page

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,750.00 |

**3.246**

Nonpriority creditor's name and mailing address

Performing Arts Physical Therapy

Sean P. Gallagher

13 Cedar St.

Hastings On Hudson, NY 10706

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☒ No
☐ Yes

$3,750.00

---

**3.247**

Nonpriority creditor's name and mailing address

Phelps, Eric

854 West 180th Street Apt 6E

New York, NY 10033

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☒ No
☐ Yes

unknown

---

**3.248**

Nonpriority creditor's name and mailing address

Philadelphia Insurance

One Bala Plaza Suite 100

Bala Cynwyd, PA 19004

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance company

Is the claim subject to offset?
☒ No
☐ Yes

unknown

---

**3.249**

Nonpriority creditor's name and mailing address

Phillips, Myles

31-44 30th St

Long Island City, NY 11106

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☒ No
☐ Yes

unknown

---

**3.250**

Nonpriority creditor's name and mailing address

Phoenix Fire & Security Solutions

David Pearson

485 U.S. 1 Building C Suite 310

Woodbridge Township, NJ 08830

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☒ No
☐ Yes

$1,447.00

| Part 2: | Additional Page |
|---|---|

**3.251** Nonpriority creditor's name and mailing address

Pink Sparrow Scenic, Ltd.

David Garlick

24 Greenpoint Ave 24A

Brooklyn, NY 11222-1515

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$297,588.00

---

**3.252** Nonpriority creditor's name and mailing address

Porreca, Holli

288 Pacific Ave

Jersey City, NJ 07304

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.253** Nonpriority creditor's name and mailing address

Preferred Security & Investigations Inc.

Scott Sexton

585 Stewart Avenue Suite 322

Garden City, NY 11530

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$735.00

---

**3.254** Nonpriority creditor's name and mailing address

Prestel, Kayla

104 E 98th St Apt 1B

New York, NY 10029

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.255** Nonpriority creditor's name and mailing address

Price, Kyle

1223 Bushwick Ave Apt 6A

Brooklyn, NY 11221

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**Part 2:**  Additional Page

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,846.00 |

**Project Tactical Solutions, LLC**

Gerry Leong

107 East Broadway 5th Floor

New York, NY 10002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

---

| 3.257 | Nonpriority creditor's name and mailing address | | unknown |

**Puksto, Elizabet**

21-15 33rd St Apt 5G

Astoria, NY 11105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

---

| 3.258 | Nonpriority creditor's name and mailing address | | $6,000.00 |

**Quintessentially & Co**

Adam Weiss

515 West 20th Street Suite 6W

New York, NY 10011

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

---

| 3.259 | Nonpriority creditor's name and mailing address | | unknown |

**Rauh, Dabney**

534 West 147th Street Apt 21

New York, NY 10031

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

---

| 3.260 | Nonpriority creditor's name and mailing address | | $1,167.00 |

**Red Tricycle**

Kathy Gold

PO Box 102155

Pasadena, CA 91189-2155

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Part 2:** Additional Page

**3.261** Nonpriority creditor's name and mailing address
Reeves, Emily

1280 Dean St Apt 4F

Brooklyn, NY 11216

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.262** Nonpriority creditor's name and mailing address
Register, Julia

348 Eastern Pkwy Apt 4M

Brooklyn, NY 11225

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.263** Nonpriority creditor's name and mailing address
Regler Ltd

Deanie Thain

Unit 5, Wessex Business Centre Meadow Lane

Westbury, BA13 3EG, United Kingdom,

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$4,825.00

**3.264** Nonpriority creditor's name and mailing address
Reich, Carolyn

2156 Cortelyou Rd Apt 10

Brooklyn, NY 11226

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.265** Nonpriority creditor's name and mailing address
Renne, Shea

22 Dodworth St Apt 1L

Brooklyn, NY 11221

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**Part 2:** Additional Page

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**3.266**

Nonpriority creditor's name and mailing address

Reynolds, Burt

3 Horseshoe Bend

New Windsor, NY 12553

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.267**

Nonpriority creditor's name and mailing address

Richardson, Gary

225 Van Houten Fields

West Nyack, NY 10994

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.268**

Nonpriority creditor's name and mailing address

Riggs, Austin S

661 Sackett Street Apt 4L

Brooklyn, NY 11217

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.269**

Nonpriority creditor's name and mailing address

RingCentral Inc.

Fonacier Acorda

20 Davis Drive

Belmont, CA 94002

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,622.00

---

**3.270**

Nonpriority creditor's name and mailing address

Rios, Alexander

2228 Amsterdam Ave Apt 5B

New York, NY 10032

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

**Part 2:**  Additional Page

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.271**

Nonpriority creditor's name and mailing address

Robertson, Christopher

340 Lexington Ave

Brooklyn, NY 11216

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

**3.272**

Nonpriority creditor's name and mailing address

Robinson, Shawn

48-10 45th St Apt 3J

Woodside, NY 11377

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

**3.273**

Nonpriority creditor's name and mailing address

Rock, Anna

402 East 65th St. Apt 4A

New York, NY 10065

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

**3.274**

Nonpriority creditor's name and mailing address

Rodriguez, Jasmin

50-20 31st Ave Apt 4D

Woodside, NY 11377

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

**3.275**

Nonpriority creditor's name and mailing address

Rooks, Kylik

49 Crown St Apt 7H

Brooklyn, NY 11225

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

**Part 2:**  Additional Page

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.276**

Nonpriority creditor's name and mailing address

Rosario, Carlos

3018 Heath Ave Apt C32

Bronx, NY 10463

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.277**

Nonpriority creditor's name and mailing address

Rosario, Peter

472 Gramatan Ave Apt GG1

Mount Vernon, NY 10552

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.278**

Nonpriority creditor's name and mailing address

Rosenblatt, Samantha

15 Crestview Dr

Pleasantville, NY 10570

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.279**

Nonpriority creditor's name and mailing address

Ross, James

150 Bay Street Apt 3R

Staten Island, NY 10301

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.280**

Nonpriority creditor's name and mailing address

Rubin, Elizabeth

210 East 68th St Apt 9A

New York, NY 10065

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

**Part 2:** Additional Page

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

Rubinstein, Keith

143 Maujer St. Apt 1L

Brooklyn, NY 11206

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

Rumowicz, Lydia

1253 Saint Nicholas Ave Apt 3B

New York, NY 10032

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,176.84
*Check all that apply.*

Salesforce Tower

Attn: Officer, Manager, Authorized Agent

415 Mission Street 3rd Floor

San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade claim

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

Salvato, Ryan

12 Coburn Woods

Nashua, NH 03063

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

Salzman, Miriam

35 Hamilton Pl Apt 602

New York, NY 10031

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.286**  Nonpriority creditor's name and mailing address

Sanchez, Javier Reyes

34 Ditmars St Apt 1

Brooklyn, NY 11221

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.287**  Nonpriority creditor's name and mailing address

Sanders, Alexander

227 W 149th St. Apt 1C

New York, NY 10039

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.288**  Nonpriority creditor's name and mailing address

Santi, Rita

22-20 43rd Street Fl 2

Astoria, NY 11105

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.289**  Nonpriority creditor's name and mailing address

Saramago, Gabriella

19 50th St 3rd Fl

Weehawken, NJ 07086

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.290**  Nonpriority creditor's name and mailing address

Scheimpflug Photo Equipment Co.

Iris Maldonado

546 West 48th Street

New York, NY 10036

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,662.00

---

| Part 2: | Additional Page |

---

**3.291** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| Schoch, Laura | *Check all that apply.* |
| | ☐ Contingent |
| 1013 Palisade Ave Apt B4 | ☐ Unliquidated |
| Union City, NJ 07087 | ☑ Disputed |
| | **Basis for the claim:** Former employee |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.292** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| Schweizer, Christopher | *Check all that apply.* |
| | ☐ Contingent |
| 49-10 30th Ave | ☐ Unliquidated |
| Woodside, NY 11377 | ☑ Disputed |
| | **Basis for the claim:** Former employee |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.293** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| Scott 42 Development Ltd | *Check all that apply.* |
| Donna Ares | ☐ Contingent |
| | ☐ Unliquidated |
| 3 West 57th Street 7th Floor | ☐ Disputed |
| New York, NY 10019 | **Basis for the claim:** Trade debt |
| | **Is the claim subject to offset?** |
| **Date or dates debt was incurred** _____ | ☑ No |
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

**3.294** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,000.00
| Shah, Amit | *Check all that apply.* |
| | ☐ Contingent |
| 18 Jean Lane | ☐ Unliquidated |
| Hartsdale, NY 10530 | ☐ Disputed |
| | **Basis for the claim:** Trade debt |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.295** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| Shane, Rachael W | *Check all that apply.* |
| | ☐ Contingent |
| 71 Calyer St Apt 415 | ☐ Unliquidated |
| Brooklyn, NY 11222 | ☑ Disputed |
| | **Basis for the claim:** Former employee |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

**Part 2:**  Additional Page

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**3.296** Nonpriority creditor's name and mailing address

Sharp, Meagan

363 Edgecombe Ave Apt 42

New York, NY 10031

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.297** Nonpriority creditor's name and mailing address

Sherlock, Malachy

65 Nassau Street Apt 6B

New York, NY 10038

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$14,238.00

---

**3.298** Nonpriority creditor's name and mailing address

Shopify

150 Elgin St 8th Fl

Ottawa, ON, K2P1L4, Canada,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.299** Nonpriority creditor's name and mailing address

Shoulders, Brooke K

1524 Boone Ave Apt 4M

Bronx, NY 10460

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.300** Nonpriority creditor's name and mailing address

Showclix

650 Smithfield St Fl 13

Pittsburgh, PA 15222

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

| Part 2: | Additional Page |
|---|---|

---

**3.301** Nonpriority creditor's name and mailing address
Siegfried, Jake

106 Custer Ave

Williston Park, NY 11596

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.302** Nonpriority creditor's name and mailing address
Signature Bank

Cardmember Services

PO Box 6353

Fargo, ND 58125-6353

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit card

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.303** Nonpriority creditor's name and mailing address
Simakh, Tyler

309 W 128th St Apt 5B

New York, NY 10027

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.304** Nonpriority creditor's name and mailing address
Singerman, Amy

3925 51st St Apt 6B

Woodside, NY 11377

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.305** Nonpriority creditor's name and mailing address
Slack

500 Howard St

San Francisco, CA 94105

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Part 2: | Additional Page |
|---------|-----------------|

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,711.00 |
|---|---|---|---|

**Slemon LLC**

**Sean Slemon**

**172 Lefferts Avenue Apt 1**

**Brooklyn, NY 11225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Smith, Dante Olivia**

**1148 43rd St Fl 2**

**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Former employee**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Smith, Darrick**

**383 Livionia Ave Apt 6G**

**Brooklyn, NY 11212**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Former employee**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Smith, Immanuel**

**3917 De Reimer Ave**

**Bronx, NY 10466**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Former employee**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Smith, Tatiana**

**4367 Furman Ave**

**Bronx, NY 10466**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Former employee**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Part 2:** Additional Page

**3.311** | Nonpriority creditor's name and mailing address
**Social Security Administration**

Office of the Regional Chief Counsel, Region II

26 Federal Plaza Room 3904

New York, NY 10278

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Purposes Only.

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.312** | Nonpriority creditor's name and mailing address
**Sommerfield, Richard**

5 MacDonough St Apt 4L

Brooklyn, NY 11216

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.313** | Nonpriority creditor's name and mailing address
**SPOTCO**

Stephen Santore

119 West 40th Street 18th Floor

New York, NY 10018

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$465,310.00

---

**3.314** | Nonpriority creditor's name and mailing address
**Stadstad, Elizabeth M**

580 W 215th St Apt 3D

New York, NY 10034

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.315** | Nonpriority creditor's name and mailing address
**Staelin-Lefsky, Hannah Cypress**

100 W 143rd St Apt 5

New York, NY 10030

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**Part 2:**  Additional Page

**3.316** | Nonpriority creditor's name and mailing address
Stanley, William

100 W. 139th St Apt 40

New York, NY 10030

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

                                              unknown

---

**3.317** | Nonpriority creditor's name and mailing address
Stapleton, Adolbert

82 Rogers Ave Apt 1

Brooklyn, NY 11216

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

                                              unknown

---

**3.318** | Nonpriority creditor's name and mailing address
Stewart, Aaliyah

102 Cumberland Walk Apt 2F

Brooklyn, NY 11205

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

                                              unknown

---

**3.319** | Nonpriority creditor's name and mailing address
Stiggers, Maggie

545 Edgecombe Ave Apt 1B

New York, NY 10032

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

                                              unknown

---

**3.320** | Nonpriority creditor's name and mailing address
Strong, Alanna

606 W 137th St Apt 5A

New York, NY 10031

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

                                              unknown

**Part 2:**  Additional Page

---

**3.321** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

Sullivan, Daniel

9 W 31st St Apt 3E

New York, NY 10001

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.322** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

Sutrov, Christina

39 1st Avenue

New York, NY 10003

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.323** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

Synology

3535 Factoria Blvd SE Suite 200

Bellevue, WA 98006

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.324** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,895.00
*Check all that apply.*

T&B Consulting Services Ltd.

Tracey Bates

5 Southvale Road

London, SE3 0TP, United Kingdom,

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade debt

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.325** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

Tabickman, Bebe

333 E 79th St Apt 11N

New York, NY 10075

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

**Part 2:** Additional Page

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

**3.326** Nonpriority creditor's name and mailing address
Tagliaferro, Tara

30-04 47th St Apt 2R

Astoria, NY 11103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

unknown

---

**3.327** Nonpriority creditor's name and mailing address
Taylor, Amanda

11 Sunset Lane

Washington Depot, CT 06794

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

unknown

---

**3.328** Nonpriority creditor's name and mailing address
Tenenbaum, Alexandra

510 West 134 St Apt 32

New York, NY 10031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

unknown

---

**3.329** Nonpriority creditor's name and mailing address
The Hartford

Hartford Plaza

Hartford, CT 06155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Insurance company

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

unknown

---

**3.330** Nonpriority creditor's name and mailing address
The Mine Agency

420 Lexington Ave Suite 628

New York, NY 10170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

unknown

**Part 2:**   Additional Page

**3.331**  **Nonpriority creditor's name and mailing address**

Thompson, Tiffany R

2211 Ditmas Ave

Brooklyn, NY 11226

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☒ No
☐ Yes

unknown

---

**3.332**  **Nonpriority creditor's name and mailing address**

TINC Productions

Duncan Northern

214 West 50th Street Suite 400

New York, NY 10019

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,282.00

---

**3.333**  **Nonpriority creditor's name and mailing address**

Tirso Lighting Inc.

Tirso Pelaez

400 West 219th Street

New York, NY 10034

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,712.00

---

**3.334**  **Nonpriority creditor's name and mailing address**

Tmobile

12920 SE 38th St

Bellevue, WA 98006

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

unknown

---

**3.335**  **Nonpriority creditor's name and mailing address**

Toblini, Fabio

135 Eastern Pkwy 16B

Brooklyn, NY 11238

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,025.00

---

**Part 2:** Additional Page

---

**3.336**  Nonpriority creditor's name and mailing address

Top Notch Graphics, Inc.

Suzanne Camhi

44 East 32nd Street 2nd Floor

New York, NY 10016

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$11,069.00

---

**3.337**  Nonpriority creditor's name and mailing address

Transel Elevator and Electric dba TEI Group

Patricia Moran

PO Box 71241

Philadelphia, PA 19176

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$2,178.00

---

**3.338**  Nonpriority creditor's name and mailing address

Treasure Island

183 Lorraine St

Brooklyn, NY 11231

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.339**  Nonpriority creditor's name and mailing address

Turner, Taylor L

66 St Nicholas Pl Apt B53

New York, NY 10032

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.340**  Nonpriority creditor's name and mailing address

Twente, Deren

8802 Ridge Blvd Apt B7

Brooklyn, NY 11209

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Part 2: | Additional Page |
|---|---|

---

**3.341**   Nonpriority creditor's name and mailing address

U.S. Department of Education

P.O. Box 5609

Greenville, TX 75403-5609

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Notice Purposes Only

**Is the claim subject to offset?**
☒ No
☐ Yes

unknown

---

**3.342**   Nonpriority creditor's name and mailing address

U.S. Dept. of Housing & Urban Development

Attn: John Cahill, Esq., Regional Counsel for NY/NJ

26 Federal Plaza Room 3500

New York, NY 10278

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Notice Purposes Only

**Is the claim subject to offset?**
☒ No
☐ Yes

unknown

---

**3.343**   Nonpriority creditor's name and mailing address

U.S. Environmental Protection Agency

Attn: Office of Site Remediation Enforcement
Office of Enforcement and Compliance Assurance

1200 Pennsylvania Avenue, N.W. Mail Code 2272A

Washington, DC 20004-2004

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Notice Purposes Only

**Is the claim subject to offset?**
☒ No
☐ Yes

unknown

---

**3.344**   Nonpriority creditor's name and mailing address

U.S. Securities and Exchange Commission

New York Regional Office
Brookfield Place

200 Vesey Street Suite 400

New York, NY 10281-1022

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Notice Purposes Only

**Is the claim subject to offset?**
☒ No
☐ Yes

unknown

---

**3.345**   Nonpriority creditor's name and mailing address

Uhe, Taryn

590 West 187th St Apt 2

New York, NY 10033

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**   Former employee

**Is the claim subject to offset?**
☒ No
☐ Yes

unknown

---

**Part 2:**  Additional Page

---

**3.346**   Nonpriority creditor's name and mailing address

Unbounce Vancouver

400-401 W Georgia St

Vancouver, BC, V6B 5A1, Canada,

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.347**   Nonpriority creditor's name and mailing address

Unfried, Jason

113 Maple Ridge Rd

Milford, PA 18337

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.348**   Nonpriority creditor's name and mailing address

United States Attorney's Office

Southern District of New York
Attn: Tax & Bankruptcy Unit

86 Chambers Street Third Floor

New York, NY 10007

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Purposes Only

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.349**   Nonpriority creditor's name and mailing address

United States Trustee's Office

Region 2
U.S. Federal Office Buillding

201 Varick Street Room 1006

New York, NY 10014

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Purposes Only

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.350**   Nonpriority creditor's name and mailing address

US Visa Solutions Ltd.

6/7 Hatton Garden Third Floor

London, EC1N 8AD, United Kingdom,

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$384.00

---

**Part 2:** Additional Page

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $423.00 |

**3.351** Nonpriority creditor's name and mailing address

Valentino, David

122 Allen Street Apt 2

New York, NY 10002

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset?
☑ No
☐ Yes

$423.00

**3.352** Nonpriority creditor's name and mailing address

Valentino, David A

122 Allen St Apt 2

New York, NY 10002

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Former employee__

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.353** Nonpriority creditor's name and mailing address

Valliere, Joseph

567 W 149th St Apt 61

New York, NY 10031

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Former employee__

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.354** Nonpriority creditor's name and mailing address

Vanguard Construction and Development

Michael Strauss

350 5th Avenue Suite 5500

New York, NY 10118

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Construction Manager__

Is the claim subject to offset?
☑ No
☐ Yes

$1,311,011.00

**3.355** Nonpriority creditor's name and mailing address

Vanmeveren, Luke

757 Macon St

Brooklyn, NY 11233

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Former employee__

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Part 2: | Additional Page |
| --- | --- |

**3.356** Nonpriority creditor's name and mailing address

Veliz, Elvin

281 E 143rd St Apt 11G

Bronx, NY 10451

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.357** Nonpriority creditor's name and mailing address

Venezia, Emily

968 Lincoln Place Apt 1

Brooklyn, NY 11213

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.358** Nonpriority creditor's name and mailing address

Vercruyssen, Phillipe

189 Cedar Lane

Ossining, NY 10562

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.359** Nonpriority creditor's name and mailing address

Verdejo, Daniel

2758 Cruger Ave Apt 1

Bronx, NY 10467

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.360** Nonpriority creditor's name and mailing address

Verizon

Bankruptcy Administration

500 Technology Drive Suite 550

Weldon Spring, MO 63304

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Utility

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

| Part 2: | Additional Page |
|---|---|

**3.361** Nonpriority creditor's name and mailing address

Vilsa, Michael

425 West 44th St Apt 11-4

New York, NY 10036

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Former employee**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.362** Nonpriority creditor's name and mailing address

Wakeman, Kathryn

475 Hancock St Apt 4

Brooklyn, NY 11233

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Former employee**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.363** Nonpriority creditor's name and mailing address

Waldman, Gabriel

71 Laura Dr

Gillette, NJ 07933

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Former employee**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.364** Nonpriority creditor's name and mailing address

Walter T. Gorman, P.E., P.C.

Gouhar I. Khanzada

420 West 45th Street 6th Floor

New York, NY 10036

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$5,075.00

---

**3.365** Nonpriority creditor's name and mailing address

Webbank

215 State St Suite 1000

Salt Lake City, UT 84111

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Short-term lender**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**Part 2:** Additional Page

---

**3.366** Nonpriority creditor's name and mailing address

Weiss-Richmond, Alexander

124 S. Oxford St Apt 2

Brooklyn, NY 11217

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.367** Nonpriority creditor's name and mailing address

Westman, Clay

158 Lorraine Ave

Montclair, NJ 07043

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.368** Nonpriority creditor's name and mailing address

White, Kailie E

17 Ludlam Pl Apt 2

Brooklyn, NY 11225

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.369** Nonpriority creditor's name and mailing address

Williams, Sketkh

23-70 27th St

Astoria, NY 11105

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.370** Nonpriority creditor's name and mailing address

Wilpon, Kimberly

28-12 24th Ave Apt 4A

Astoria, NY 11102

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**Part 2:**  Additional Page

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 |
|---|---|---|---|

**3.371**

Nonpriority creditor's name and mailing address

Wilson, Haley

664 West 163rd Street #47

New York, NY 10032

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☑ No
☐ Yes

$40.00

---

**3.372**

Nonpriority creditor's name and mailing address

Wilson, Haley

664 West 163rd Street Apt 47

New York, NY 10032

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.373**

Nonpriority creditor's name and mailing address

Womack, Jacob D

100 Timber Hollow Court Unit 100

Chapel Hill, NC 27514

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.374**

Nonpriority creditor's name and mailing address

Wondermaker Inc.

110 Bleecker St Apt 2B

New York, NY 10012

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Payroll For Rania Ajami

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.375**

Nonpriority creditor's name and mailing address

Woyasz, Laura

484 West 43rd St

New York, NY 10036

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Former employee

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Part 2: | Additional Page |
|---|---|

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**3.376**

**Nonpriority creditor's name and mailing address**

Wright, Jacob H

14 Casey Lane

Mount Sinai, NY 11766

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Former employee

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**3.377**

**Nonpriority creditor's name and mailing address**

Zapier

548 Market St

San Francisco, CA 94104

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**Part 3:** List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Google** | Line **3.126** | ___ ___ ___ ___ |
| **1600 Amphitheatre Pkwy** | ☐ Not listed. Explain _____ | |
| **Mountain View, CA 94043** | _____ | |
| 4.2 **Paypal** | Line **3.244** | ___ ___ ___ ___ |
| **500 Howard St** | ☐ Not listed. Explain _____ | |
| **San Francisco, CA 94105** | _____ | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $2,258.00 |
| 5b. | **Total claims from Part 2** | 5b. | + $21,844,684.63 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $21,846,942.63 |

Fill in this information to identify the case:

Debtor name          Pip's Island Corporation

United States Bankruptcy Court for the:

     Southern District of New York, Manhattan Division

Case number (if known):     20-10825      Chapter    7

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**   **State what the contract or lease is for and the nature of the debtor's interest**    Equipment <br><br> **State the term remaining**    0 months <br><br> **List the contract number of any government contract** | Farnam Street Financial, Inc. <br><br> Andrew Jenson <br><br> 5850 Opus Parkway 240 <br><br> Hopkins, MN 55343 |
| **2.2**   **State what the contract or lease is for and the nature of the debtor's interest**    Office space <br>    Contract to be REJECTED <br><br> **State the term remaining**    0 months <br><br> **List the contract number of any government contract** | DWF V 311 W 43rd LLC <br><br> c/o Divco West Real Estate Services, Inc. Attn: Jeffrey Longnecker <br><br> 200 State Street <br><br> Boston, MA 02109 |
| **2.3**   **State what the contract or lease is for and the nature of the debtor's interest**    Time clock equipment <br><br> **State the term remaining**    0 months <br><br> **List the contract number of any government contract** | ADP <br><br> 575 Anton Blvd <br><br> Costa Mesa, CA 92626 |
| **2.4**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |
| **2.5**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |

Debtor name _____ Pip's Island Corporation _____

United States Bankruptcy Court for the:

_____ Southern District of New York, Manhattan Division _____

Case number (if known): _____ 20-10825 _____

☐ Check if this is an
amended filing

# Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | 400 Times Square Associates, LLC | 510 East 80th Street <br> Street <br> Richard Born; Robert Friedman c/o York Resources LLC <br> New York, NY 10075 <br> City　　　　State　　　ZIP Code | Henick-Lane, Inc. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 | Ajami, Rami | 550 West 45th Street Apt. 817 <br> Street <br><br> New York, NY 10036 <br> City　　　　State　　　ZIP Code | Kalamata Capital Corp. <br><br><br> DWF V 311 W 43rd LLC | ☐ D <br> ☑ E/F <br> ☐ G <br> ☐ D <br> ☐ E/F <br> ☑ G |
| 2.3 | Ajami, Rania | 10 Bleecker Street Apt. 2B <br> Street <br><br> New York, NY 10012 <br> City　　　　State　　　ZIP Code | Kalamata Capital Corp. | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.4 | _____ | Street <br><br><br> City　　　　State　　　ZIP Code | | |
| 2.5 | _____ | Street <br><br><br> City　　　　State　　　ZIP Code | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 | Street | | |
| | City      State    ZIP Code | | |

Debtor name _____Pip's Island Corporation_____

United States Bankruptcy Court for the:

_____Southern District of New York, Manhattan Division_____

Case number (if known): _____20-10825_____ Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*................................................................................................
   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................................
   | $176,019.41 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................
   | $176,019.41 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................
   | $329,125.22 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................
   | $2,258.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................
   | + $21,844,684.63 |

4. **Total liabilities**..............................................................................................................
   Lines 2 + 3a + 3b
   | $22,176,067.85 |

| Quantity | Pip's inventory (non retail) | Full picture log |
|---|---|---|
| | Name (or description) | |
| 7 | wood retail shelves | |
| 2 | ipads | |
| 2 | reciept printers (star tsp1003 future print) | |
| 2 | white dressers (front retail-wooden) | |
| 38 | white reciept paper rolls | |
| 1 | pebble | |
| 1 | Finn | |
| 1 | white dresser (wooden) | |
| 1 | glass display | |
| 33 | small metal cafe chairs | |
| 4 | large wooden cafe tables | |
| 3 | cafe leaflet tales | |
| 1 | large fridge (cafe) | |
| 1 | large white fold out table (plastic) | |
| 2 | small white fold out and tables (plastic) | |
| 1 | small water dispenser | |
| 1 | microwave (cafe) | |
| 1 | keurig (cafe0 | |
| 1 | large rolling metal cart (cafe) | |
| 1 | small pastry display (cafe) | |
| 1 | small metal trash can (cafe) | |
| 1 | small cake display (cafe) | |
| 52 | misc onset stage equip (chests, tables, suitcases, equipment (map room) | |
| | | |
| | | |
| 2 | wooden benches (map room) | |
| 113 | explorer vest (misc. sizes) (map room) | |
| 1 | fold out seat (map room) | |
| 6 | misc. set piece (photo op area) | |
| 1 | large roll cart (white / display setup) | |
| 13 | small personal lockers (metal) (coat room) | |
| 1 | white fold out table (coat room) | |
| ~100 | show watches (coat room) | |
| 1 | first aid station ( coat room) | |
| 15 | wooden boxes (moles set pieces) | |
| ~22 | misc. set peices (hats, lamps, chests, etc.) (mole tunnel) | |
| ~15 | Misc. set pieces (desk & paperwork, guitar, chest, violin, etc.) (pebbles) | |
| ~19 | misc. set pieces ( hammock, barrel, etc.) (pebbles) | |
| ~5 | misc. set pieces ( small dresser, etc.) (pebbles) | |
| 4 | rolling set piece dressers (grumbles) | |
| ~100 | individual Misc. set peices ( cakes, jewelry, cupcakes, etc.) (Grumbles) | |
| | | |
| 1 | extendale ladder | |
| 2 | blue backpacks | |
| 1 | shopvac | |
| 1 | large wooden work station | |
| 1 | water dispensor (backstage) | |
| 1 | microwave (cafe) | |
| 1 | mini fridge | |
| 3 | plastic shelf totes | |
| 1 | coffee maker | |
| 1 | wooden destk | |
| | TOOLS | |
| | craftsman tool box, sets of drill bits, hammers, ear protection, sets of screws & containers for screws | |
| | Misc. tools, smells & drywall equipment, small sockets sets, etc. (see picture for full view of equipment) | |
| | | |
| | | |
| | Brooms & small vaccumes | |

| | | |
|---|---|---|
| 2 | first aid kits (backstage) | |
| 2 | fold out white tables | |
| 10 | water jugs | |
| 2 | silver trash can | |
| 1 | mini fridge | |
| | **Costumes & clothes & random supplies / halloween supplies, etc.** | |
| | | |
| | | |
| 19 | small chairs | |
| | CLOTHES / Hats / ART SUPPLIES | |
| | | |
| 2 | washer and dryer machines | |
| 1 | water bottle machine | |
| 1 | Ironing board & Iron | |
| 1 | metal shelving ( backstage bathroom) | |
| 1 | backstage refrigerater | |
| 36 | stage mics (month speaker portion only) | |
| 24 | stage mics walkie talkies and chargers | |
| 2 | microwave & chargers | |
| 1 | first aid center (large container) | |
| ~100 pc | Misc. & spare costumes & outfits | |
| | | |
| | | |
| ~25 | various sets of shoes & boots | |
| | | |
| | Shelly's | |
| | stool couch peice | |
| | stand | |
| | Wardrobe (part of set, not able to come off? ) | |
| | Pictures (part of set, not able to come off? | |
| | small side couch | |
| | dressor set peices | |
| | small couch with small set pillows | |
| | pictures (part of set, not able to come off? | |
| | Mirror with desk | |
| | Wardrobe (part of set, not able to come off? ) | |
| | Wardrobe (part of set, not able to come off? ) | |
| | two small cushioned stools | |
| | leg rest | |
| | Small black couch with pillow | |
| | small set piece night stand | |
| | mirror | |
| | Large black chair | |

**On GoDaddy.com:**
pipsisland.com
pips-island.com
pips-islandplay.com
pipsislandevents.com
pipsislandlive.com

**On FastHosts.co.uk:**
pipsisland.co.uk
pips-island.co.uk
pipsislandcreative.agency
pipsislandcreative.co
pipsislandcreative.co.uk
pipsislandcreative.com
pipsislandcreative.net
pipsislandevents.co.uk

☐ Check if this is an
   amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒   *Schedule H: Codebtors* (Official Form 206H)

☒   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/01/2020
        MM/ DD/ YYYY

**X** _____ /s/ Rami Ajami
Signature of individual signing on behalf of debtor

Rami Ajami
Printed name

President
Position or relationship to debtor