| | |
|---|---|
| Debtor name | Pip's Island Corporation |
| United States Bankruptcy Court for the: | Southern District of New York, Manhattan Division |
| Case number (if known): | 20-10825 |

☐ Check if this is an amended filing

# Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2020 to Filing date <br>MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other _____ | $0.00 |
| For prior year: From 01/01/2019 to 12/31/2019 <br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other  Interest income | $1,974,731.00 |
| For the year before that: From 01/01/2018 to 12/31/2018 <br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other _____ | $0.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2020 to Filing date <br>MM/ DD/ YYYY | | |
| For prior year: From 01/01/2019 to 12/31/2019 <br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| For the year before that: From 01/01/2018 to 12/31/2018 <br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. See Attached Addendum 3.<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Attn: Jeremy Tizzard, Solicitor, Child Mind Limited<br>Creditor's name<br>21 Arlington Street<br>Street<br><br>London ENGLAND SW1A 1RN,<br>City          State     ZIP Code<br>**Relationship to debtor**<br>Sole Shareholder | 04/12/2019<br>04/15/2019<br>05/10/2019<br>06/18/2019<br>08/13/2019<br>08/14/2019 | $310,000.00 | Repayment of loans from shareholder, after application of repayments, total balance $18,729,216.79. |
| 4.2. Wondermaker Inc.<br>Creditor's name<br>110 Bleecker St Apt 2B<br>Street<br><br>New York, NY 10012<br>City          State     ZIP Code<br>**Relationship to debtor**<br>Entity owned by Rania Ajami, founder of Debtor and sibling of Rami Ajami, President of Debtor | 04/15/2019<br>05/02/2019<br>05/08/2019<br>07/24/2019<br>09/04/2019<br>09/20/2019<br>09/23/2019<br>10/07/2019<br>12/16/2019<br>02/13/2020 | $117,100.00 | Debtor paid Rania Ajami's salary to Wondermaker Inc. Ms. Ajami is the sole shareholder of Wondermaker Inc. |

| | | |
|---|---|---|
| 4.3.   44th Street Development LLC | 05/02/2019 | $75,086.09 |
| Creditor's name | | |
| 530 West 45th Street | 07/10/2019 | |
| Street | | |
| | 08/05/2019 | |
| New York, NY 10036 | 08/12/2019 | |
| City      State      ZIP Code | | |
| **Relationship to debtor** | 08/21/2019 | |
| Landlord for Rami Ajami, President and Founder of Debtor | 09/10/2019 | |
| | 10/10/2019 | |
| | 11/12/2019 | |
| | 11/15/2019 | |
| | 11/22/2019 | |
| | 12/10/2019 | |
| | 12/28/2019 | |

Rent payments for Rami Ajami's apartment were paid as a cost saving approach versus paying for hotels while he was in NYC working for the Debtor. Mr. Ajami did not receive any compensation from the Debtor.

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| Street | | | |
| | | | |
| City     State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1. _____ | _____ | _____ | _____ |
| Creditor's name | XXXX– ___ ___ ___ ___ | | |
| Street | | | |
| | | | |
| City     State     ZIP Code | | | |

**Part 3:** Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Kalamata Capital Corp. v. Pip's Island Corporation dba Pip's Island, et al. | Breach of contract; unjust enrichment | Supreme Court of the State of New York, County of New York<br>Name<br>60 Centre Street<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | New York, NY 10007<br>City          State     ZIP Code | |
| | 151565/2020 | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Forward Financing, LLC v. Pip's Island Corporation, et al. | Arbitration proceeding for amounts due; breach of contract. | American Arbitration Association<br>Name<br>1301 Atwood Avenue Suite 211N<br>Street<br>Attn: Marlaina Moran, Senior Case Administrator<br>Johnston, RI 02919<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 01-20-0002-1163 | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | Street | **Case title** | **Court name and address** |
| | | | Name |
| | City          State     ZIP Code | **Case number** | Street |
| | | **Date of order or assignment** | City          State     ZIP Code |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Diamond McCarthy LLP | Retainer | 02/12/2020 | $45,000.00 |
| | **Address** | | | |
| | 295 Madison Avenue 27th Floor<br>Street | | | |
| | New York, NY 10017<br>City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Pip's Island Corp. (on behalf of itself and Pip's Island<br>New York Corp.) | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____<br>Street | | | |
| | _____ | | | |
| | _____<br>City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:** Previous Locations

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 119 West 23rd Street 409<br>Street<br><br>_____<br>New York, NY 10011<br>City          State    ZIP Code | From  04/22/2019    To  10/31/2018 |
| 14.1. 311 West 43rd Street Suite 300<br>Street<br><br>_____<br>New York, NY 10036<br>City          State    ZIP Code | From  10/31/2018    To  02/14/2020 |

---

**Part 8:** Health Care Bankruptcies

---

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br><br>Facility name | | _____ |
| _____<br>Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City    State    ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes.

State the nature of the information collected and retained.

<u>Billing information was collected when customers purchased tickets to the Debtor's show, including names and addresses. Only names and email addresses were retained. There was no known privacy poilcy implemented by the Debtor directly.</u>

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

     ☑ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☑ No

☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None.

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

| 18.1 | JP Morgan Chase | XXXX– 0  3  2  8 | ☑ Checking | 01/06/2019 | $0.00 |
|---|---|---|---|---|---|
| | Name | | ☐ Savings | | |
| | Mail Code TX3-7826; PO Box 659672 | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | Attn: Chase Customer Service | | ☐ Other | | |
| | San Antonio, TX 78265 | | | | |
| | City          State     ZIP Code | | | | |

| 18.2 | Signature Bank, N.A. | XXXX– __ __ __ __ | ☑ Checking | | $0.00 |
|---|---|---|---|---|---|
| | Name | | ☐ Savings | | |
| | 565 5th Avenue 12th Floor | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | Attn: Edwin Sirlin, Group Director - Senior VP | | ☐ Other | | |
| | New York, NY 10017 | | | | |
| | City          State     ZIP Code | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ | _____ | _____ | ☐ No |
| | Name | _____ | _____ | ☐ Yes |
| | _____ | _____ | _____ | |
| | Street | _____ | _____ | |
| | _____ | **Address** | _____ | |
| | _____ | _____ | _____ | |
| | City          State     ZIP Code | _____ | | |
| | | _____ | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Manhattan Mini Storage LLC | _____ | Merchandise and miscellaneous | ☑ No |
| | Name | _____ | items of minimal value; sold by | ☐ Yes |
| | 541 West 29th Street | _____ | storage provider due to non-payment. | |
| | Street | _____ | _____ | |
| | Attn: Carlos Taylor, Manager | **Address** | _____ | |
| | New York, NY 10001 | _____ | _____ | |
| | City          State     ZIP Code | _____ | | |
| | | _____ | | |

| 20.2 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Treasure Island Storage - Redhook | Ajami, Rania | Multiple units at this facility; Acct. No. | ☐ No |
| | Name | | 1003376432. Contains merchandise | ☑ Yes |
| | 183 Lorraine Street | | and other miscellaneous items of | |
| | Street | | minimal value. | |
| | Attn: Manager, Officer, Authorized Agent | **Address** | | |
| | Brooklyn, NY 11231 | 110 Bleecker Street Apt. 2B | | |
| | City          State    ZIP Code | New York, NY 10012 | | |

---

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

---

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| **Case number** | | | ☐ Concluded |
| | Street | | |
| | | | |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | _____ | |
| _____ | _____ | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  Pip's Island New York Corp.<br>Name<br>400 West 42nd Street<br>Street<br>Attn: Rami Ajami, President<br>New York, NY 10036<br>City          State    ZIP Code | _____ | EIN:  8  2 – 5  2  8  6  7  3  0<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.   Attn: Jim Burnham , Go Accountants, Inc.  
Name

Suite 905  
Street

New York, NY 10016  
City      State      ZIP Code

From  04/20/2018    To  03/18/2020

| Name and address | Dates of service |
|---|---|

26a.2.   Patel, Sanket  
Name

330 Angelo Cifelli Dr 283  
Street

Harrison, NJ 07029  
City      State      ZIP Code

From  10/01/2018    To  04/30/2019

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1.   Attn: Jim Burnham , Go Accountants, Inc.  
Name

152 Madison Avenue Suite 905  
Street

New York, NY 10016  
City      State      ZIP Code

From  04/20/2018    To  03/18/2020

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

Attn: Jim Burnham , Go Accountants, Inc.  
Name

152 Madison Avenue Suite 905  
Street

New York, NY 10016  
City      State      ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  Child Mind Limited, Attn: Djaparidze, Georgy
Name

Triden Chambers, PO Box 146
Street

Wickhams Cay, Road Town, Tortola, BVI,
City                                State              ZIP Code

| Name and address |
|---|

26d.2.  Vivendi SA, Attn: Baviere Hala (hala.baviere @vivendivillage.com)
Name

Street

City                                State              ZIP Code

| Name and address |
|---|

26d.3.  Alvarium Investments, Attn: Sahib Chadha (sahib.chadha@alvariuminvestments.com)
Name

10 Old Burlington Street
Street

London W1S 3AG - England,
City                                State              ZIP Code

| Name and address |
|---|

26d.4.  Gold Mark Advisers, Inc., Attn: Jeffrey Gold (jmg@goldmakradvisers.com)
Name

141 E Boston Post Rd
Street

Mamaroneck, NY 10543
City                                State              ZIP Code

| Name and address |
|---|

26d.5.  Vanguard Construction and Development, Attn: Michael Strauss (mst@vanguardcon.com)
Name

350 5th Avenue Suite 5500
Street

Michael Strauss, President

New York, NY 10118
City                                State              ZIP Code

| Name and address |
|---|

26d.6.  Octant Partners, Attn: Neill Etheridge (ne@octantpartners.com)
Name

750 Lexington Avenue 12th Floor
Street

New York, NY 10022
City                                State              ZIP Code

Name

| Name and address |
|---|

26d.7.    Serv Corp., Attn: Selene Ng (selene.ng@servcorp.com)
Name

Street

City                                          State                    ZIP Code

| Name and address |
|---|

26d.8.    Oberon Securities, Attn: Nicole Schmidt (nicole@oberonsecurities.com)
Name
          1412 Broadway Suite 2304
Street

          New York, NY 10018
City                                          State                    ZIP Code

| Name and address |
|---|

26d.9.    PTK Capital, Attn: Kevin Wall (kwall@ptkcapital.com)
Name
          315 South Beverly Drive
Street

          Beverly Hills, CA 90212
City                                          State                    ZIP Code

| Name and address |
|---|

26d.10.   Active Partners, Attn: Richard Mathews (richard.mathews@actviepartners.com)
Name
          6 Burnsall Street 2nd Floor
Street

          London, SW3 3ST - England,
City                                          State                    ZIP Code

| Name and address |
|---|

26d.11.   Ying Wang (wangying@wangying.com)
Name

Street

City                                          State                    ZIP Code

| Name and address |
|---|

26d.12.   Glass Note Music, Attn: Daniel Glass (dglass@glassnotemusic.com)
Name

Street

City                                          State                    ZIP Code

| Name and address |
|---|

26d.13.  Jack Batman (jackbatman@aol.com)
         Name

         Street

         City                          State            ZIP Code

| Name and address |
|---|

26d.14.  High Street Global Advisors, Attn: Jonathan Loiacono (jonathan@hsgallc.com)
         Name
         200 Clarendon Street Floor 25
         Street

         Boston, MA 02116
         City                          State            ZIP Code

| Name and address |
|---|

26d.15.  Davinder Rai (davinder.rai@connectt.us)
         Name

         Street

         City                          State            ZIP Code

| Name and address |
|---|

26d.16.  Raya Ghandour (ghandour.raya@gmail.com)
         Name

         Street

         City                          State            ZIP Code

| Name and address |
|---|

26d.17.  Barber & Co., Attn: Philip Jones (philip@barberco.net)
         Name
         2 Jardine House, Harrovian Bus. Village, Bessborough Rd.
         Street

         Harrow, Middlesex HA1 3EX - ENGLAND,
         City                          State            ZIP Code

| Name and address |
|---|

26d.18.  Coconut Funding, Attn: Jenna Banko (jenna@coconutfunding.com)
         Name
         1003 Bishop Street 27th Floor
         Street

         Honolulu, HI 96813
         City                          State            ZIP Code

| Name and address |
|---|
| 26d.19. Pan Link International, Attn: Sara VanDijk (sarahy@panlink.com) |
| Name |
| 200 Merrick Road Suite 307 |
| Street |
| |
| Lynbrook, NY 11563 |
| City                                    State                    ZIP Code |

| Name and address |
|---|
| 26d.20. Signature Bank, N.A. |
| Name |
| 565 5th Avenue 12th Floor |
| Street |
| Attn: Edwin Sirlin, Group Director - Senior VP |
| New York, NY 10017 |
| City                                    State                    ZIP Code |

| Name and address |
|---|
| 26d.21. Broadway Asia, Attn: Simone Genatt (simone@broadwayasia.com) |
| Name |
| 252 West 52nd Street 2nd Floor |
| Street |
| |
| New York, NY 10019 |
| City                                    State                    ZIP Code |

| Name and address |
|---|
| 26d.22. Attn: Jim Burnham , Go Accountants, Inc. |
| Name |
| 152 Madison Avenue Suite 905 |
| Street |
| |
| New York, NY 10016 |
| City                                    State                    ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Vincent Gautieri | 01/07/2020 | $20,507.00 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. Attn: Jim Burnham , Go Accountants, Inc. |
| Name |
| 152 Madison Avenue Suite 905 |
| Street |
| |
| New York, NY 10016 |
| City                                    State                    ZIP Code |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ajami, Rami | 550 West 45th Street Apt. 817 New York, NY 10036 | CEO, Director, Founder, | 0.00 % |
| Attn: Jeremy Tizzard, Solicitor, Child Mind Limited | 21 Arlington Street London ENGLAND SW1A 1RN | Sole Shareholder, Shareholder | 100.00 % |
| Ajami, Rania | 110 Bleecker Street 2B New York, NY 10012 | Creative Officer, | 0.00 % |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
|  |  | , | From _____ <br> To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   Rania Ajami <br> Name <br><br> 110 Bleecker St Apt 2B <br> Street <br><br><br> New York, NY 10012 <br> City     State     ZIP Code |  |  | See Part 2, Q4. |

| Relationship to debtor |
|---|
| Payments to Wondermaker owned by Rania Ajami, founder of Debtor and sibling of Debtor's President |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2.  Ajami, Rami<br>Name<br><br>550 West 45th Street Apt. 817<br>Street<br><br><br>New York, NY 10036<br>City                  State          ZIP Code<br><br>**Relationship to debtor**<br><br>Founder and President - see Part 2, Q4. | | | Rent payments for Rami Ajami's apartment were made as a cost saving approach versus paying for hotels while he was in NYC working for Debtor. He did not receive any compensation from the Debtor. |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3.  Attn: Jeremy Tizzard, Solicitor, Child Mind Limited<br>Name<br><br>21 Arlington Street<br>Street<br><br><br>London ENGLAND SW1A 1RN,<br>City                  State          ZIP Code<br><br>**Relationship to debtor**<br><br>Debtor's Sole Shareholder. | | | Repayments of loan - See Part 2, Q4. |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Actors' Equity Pension Fund -- Equity-League Health Trust Fund | EIN:  1  3 – 6  0  9  2  9  8  1 |

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      04/01/2020
            MM/ DD/ YYYY

**X**                /s/ Rami Ajami
Signature of individual signing on behalf of the debtor

Position or relationship to debtor
             President

Printed name              Rami Ajami

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

# ADDENDUM 3

| CONFIRMATION # | VENDOR | INVOICE # | CURRENCY | PAYMENT | PROCESS DATE | PAYMENT TYPE | PAYMENT STATUS |
|---|---|---|---|---|---|---|---|
| P20021401 - 6458699 | Con Edison - Account 0200-4 | Stmt 1/17/20 | USD | 1,482.59 | 2/10/2020 | Other | Processed |
| P20021401 - 6420412 | Bensinger Technology | 12162 | USD | 3,000.00 | 2/7/2020 | Other | Processed |
| P20021401 - 6442276 | First Insurance Funding | Insallment 1/15/2020 | USD | 1,775.49 | 2/3/2020 | Other | Processed |
| P20012101 - 0587820 | Michael Moore Agency | 1303 | USD | 1,275.00 | 1/22/2020 | ePayment | Cleared |
| P20012101 - 0456259 | Manhattan Mechanical Services, Inc | 171122 | USD | 3,306.32 | 1/21/2020 | Other | Processed |
| P20011301 - 8601805 | Bill Mckee | Travel Reim 1-15-20 | USD | 2,871.35 | 1/14/2020 | ePayment | Cleared |
| P20011201 - 8491130 | Michael Moore Agency | 1303 | USD | 1,275.00 | 1/14/2020 | ePayment | Cleared |
| P20011301 - 8601392 | TINC Productions | 2657 | USD | 880 | 1/14/2020 | ePayment | Cleared |
| P20011001 - 8229171 | Bensinger Technology | 12142 | USD | 3,000.00 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8228503 | Christopher W.  Hammersley | 8 | USD | 1,500.00 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8225414 | Jeremy McGawley | Reim 1/3/20 | USD | 40.26 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8226579 | Joey Valliere | Multiple | USD | 931.08 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8232140 | Malachy Sherlock | Multiple | USD | 7,000.00 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8224785 | Richard LaRoche | Reim 12/19/19 | USD | 302.6 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8224039 | Ryan Brinkmann | Multiple | USD | 5,511.60 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8227522 | T&B Consulting Services Ltd. | 89 | USD | 13,500.00 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8239445 | Matthew Annis | NJ Transit Jan2020 | USD | 298 | 1/10/2020 | Other | Processed |
| P20011000 - 8240162 | ShinYeon Moon | 40 | USD | 1,750.00 | 1/10/2020 | Other | Processed |
| P20010301 - 6474060 | 4Wall Entertainment, Inc. | Multiple | USD | 20,000.00 | 1/6/2020 | ePayment | Cleared |
| P20010301 - 6474656 | Attractour, LLC | 257 | USD | 500 | 1/6/2020 | ePayment | Cleared |
| P20010301 - 6475037 | BrandArt Ltd | 46702 | USD | 4,578.34 | 1/6/2020 | Wire | Cleared |
| P20010301 - 6476273 | Brooke Shoulders | Reim 1-2-2020 | USD | 90 | 1/6/2020 | ePayment | Cleared |
| P20010301 - 6476611 | Christopher W.  Hammersley | 7 | USD | 2,500.00 | 1/6/2020 | ePayment | Cleared |
| P20010301 - 6475732 | Joey Valliere | Multiple | USD | 308.89 | 1/6/2020 | ePayment | Cleared |
| P20010301 - 6480729 | Brad Jones | NYSATA/Kidzcon | USD | 353.29 | 1/3/2020 | Other | Processed |
| P20010201 - 6267323 | Cintas | Multiple | USD | 2,865.76 | 1/3/2020 | ePayment | Cleared |
| P20010301 - 6481560 | Joseph Bach | Reimb 11/25/19 | USD | 363.75 | 1/3/2020 | Other | Processed |
| P20010301 - 6481804 | ShinYeon Moon | 37 | USD | 1,400.00 | 1/3/2020 | Other | Processed |
| P19123001 - 5739450 | Bill Mckee | 1010 | USD | 16,667.00 | 12/31/2019 | ePayment | Cleared |
| P19123001 - 5739187 | Bill Mckee | 1009 | USD | 16,667.00 | 12/31/2019 | ePayment | Cleared |
| P19123001 - 5739932 | Malachy Sherlock | PI_004 | USD | 7,000.00 | 12/31/2019 | ePayment | Cleared |
| P20021401 - 6325158 | Sysco | 276824601 | USD | 510.21 | 12/31/2019 | Other | Processed |
| P19121301 - 2351975 | Rocco DiSanti | 650 | USD | 220 | 12/26/2019 | ePayment | Failed |
| P19121901 - 3656646 | Accelo Inc | May 31 2019 | USD | 714 | 12/20/2019 | Other | Processed |
| P19121801 - 3424153 | Amit Shah | 2388 | USD | 1,000.00 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3633836 | Andy Romer Photography | 173-2019 | USD | 693.75 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3657297 | Brad Jones | Reim 11/23/19 | USD | 1,284.35 | 12/20/2019 | Other | Processed |
| P19121801 - 3417934 | BrandArt Ltd | 46702 | USD | 3,750.00 | 12/20/2019 | Wire | Cleared |
| P19121901 - 3647530 | Christopher W.  Hammersley | 6 | USD | 2,500.00 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3657810 | Eliot Hill Corp | Multiple | USD | 795 | 12/20/2019 | Other | Processed |
| P19121901 - 3634652 | Fabio Toblini | 917-816-3250 | USD | 575 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3658631 | JAM Consultants. Inc | 162256 | USD | 1,293.07 | 12/20/2019 | Other | Processed |
| P19121901 - 3649104 | Joey Valliere | Reim 12/12/19 | USD | 397.26 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3658989 | Joseph Bach | Reimb 11/25/19 | USD | 363.75 | 12/20/2019 | Other | Voided |
| P19121901 - 3646804 | Malachy Sherlock | PI_0005 | USD | 6,250.00 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3639904 | Martos Engineering | 18039.01-01 | USD | 541.22 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3643532 | McMaster-Carr | 79985593 | USD | 367.75 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3648355 | Nathan Coyle | Multiple | USD | 18,032.39 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3659669 | Nicholas & Lence Communications, LLC | 5 | USD | 1,767.65 | 12/20/2019 | Other | Processed |
| P19121901 - 3645458 | NY CAKE POPS | Multiple | USD | 1,009.90 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3646358 | Phoenix Fire & Security Solutions | Multiple | USD | 1,420.80 | 12/20/2019 | ePayment | Cleared |
| P19121801 - 3424837 | Project Tactical Solutions, LLC | PIP201901 | USD | 978 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3634542 | Red Tricycle | 7431 | USD | 583.33 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3629027 | Ryan Brinkmann | Reim 12/4/19 | USD | 4,254.30 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3660788 | SPOTCO | Multiple | USD | 50,000.00 | 12/20/2019 | Other | Processed |
| P19121801 - 3425459 | TINC Productions | 2657 | USD | 880.21 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3661820 | Top Notch Graphics, Inc. | Multiple | USD | 1,581.31 | 12/20/2019 | Other | Voided |
| P20021701 - 6759955 | Top Notch Graphics, Inc. | 17606 | USD | 1,581.31 | 12/20/2019 | Other | Processed |
| P19121901 - 3629580 | Walter T. Gorman, P.E., P.C | 71258 | USD | 725 | 12/20/2019 | ePayment | Cleared |
| P19121801 - 3422672 | Zakaria Al-Alami | 2019-03 | USD | 1,296.25 | 12/20/2019 | ePayment | Cleared |
| P19121801 - 3420625 | Attractour, LLC | Multiple | USD | 2,000.00 | 12/19/2019 | ePayment | Cleared |
| P19121801 - 3379075 | Erevena Limited | INV-4735 | USD | 10,000.00 | 12/19/2019 | Wire | Cleared |
| P19121801 - 3379914 | Salesforce.com Inc. | Multiple | USD | 12,639.07 | 12/19/2019 | Check | Canceled |

| CONFIRMATION # | VENDOR | INVOICE # | CURRENCY | PAYMENT AMOUNT | PROCESS DATE | PAYMENT TYPE | PAYMENT STATUS |
|---|---|---|---|---|---|---|---|
| P19123001 - 5739450 | Bill Mckee | 1010 | USD | 16,667.00 | 12/31/2019 | ePayment | Cleared |
| P19123001 - 5739187 | Bill Mckee | 1009 | USD | 16,667.00 | 12/31/2019 | ePayment | Cleared |
| P19123001 - 5739932 | Malachy Sherlock | PI_004 | USD | 7,000.00 | 12/31/2019 | ePayment | Cleared |
| P20021401 - 6325158 | Sysco | 276824601 | USD | 510.21 | 12/31/2019 | Other | Processed |
| P19121301 - 2351975 | Rocco DiSanti | 650 | USD | 220 | 12/26/2019 | ePayment | Failed |
| P19121901 - 3656646 | Accelo Inc | May 31 2019 | USD | 714 | 12/20/2019 | Other | Processed |
| P19121801 - 3424153 | Amit Shah | 2388 | USD | 1,000.00 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3633836 | Andy Romer Photography | 173-2019 | USD | 693.75 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3657297 | Brad Jones | Reim 11/23/19 | USD | 1,284.35 | 12/20/2019 | Other | Processed |
| P19121801 - 3417934 | BrandArt Ltd | 46702 | USD | 3,750.00 | 12/20/2019 | Wire | Cleared |
| P19121901 - 3647530 | Christopher W.  Hammersley | 6 | USD | 2,500.00 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3657810 | Eliot Hill Corp | Multiple | USD | 795 | 12/20/2019 | Other | Processed |
| P19121901 - 3634652 | Fabio Toblini | 917-816-3250 | USD | 575 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3658631 | JAM Consultants. Inc | 162256 | USD | 1,293.07 | 12/20/2019 | Other | Processed |
| P19121901 - 3649104 | Joey Valliere | Reim 12/12/19 | USD | 397.26 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3658989 | Joseph Bach | Reimb 11/25/19 | USD | 363.75 | 12/20/2019 | Other | Voided |
| P19121901 - 3646804 | Malachy Sherlock | PI_0005 | USD | 6,250.00 | 12/20/2019 | ePayment | Cleared |
| P19123904 | Martos Engineering | 18039.01-01 | USD | 541.22 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3643532 | McMaster-Carr | 79985593 | USD | 367.75 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3648355 | Nathan Coyle | Multiple | USD | 18,032.39 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3659669 | Nicholas & Lence Communications, LLC | 5 | USD | 1,767.65 | 12/20/2019 | Other | Processed |
| P19121901 - 3645458 | NY CAKE POPS | Multiple | USD | 1,009.90 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3646358 | Phoenix Fire & Security Solutions | Multiple | USD | 1,420.80 | 12/20/2019 | ePayment | Cleared |
| P19121801 - 3424837 | Project Tactical Solutions, LLC | PIP201901 | USD | 978 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3634542 | Red Tricycle | 7431 | USD | 583.33 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3629027 | Ryan Brinkmann | Reim 12/4/19 | USD | 4,254.30 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3660788 | SPOTCO | Multiple | USD | 50,000.00 | 12/20/2019 | Other | Processed |
| P19121801 - 3425459 | TINC Productions | 2657 | USD | 880.21 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3661820 | Top Notch Graphics, Inc. | Multiple | USD | 1,581.31 | 12/20/2019 | Other | Voided |
| P20021701 - 6759955 | Top Notch Graphics, Inc. | 17606 | USD | 1,581.31 | 12/20/2019 | Other | Processed |
| P19121901 - 3629580 | Walter T. Gorman, P.E., P.C | 71258 | USD | 725 | 12/20/2019 | ePayment | Cleared |
| P19121801 - 3422672 | Zakaria Al-Alami | 2019-03 | USD | 1,296.25 | 12/20/2019 | ePayment | Cleared |
| P19121801 - 3420625 | Attractour, LLC | Multiple | USD | 2,000.00 | 12/19/2019 | ePayment | Cleared |
| P19121801 - 3379075 | Erevena Limited | INV-4735 | USD | 10,000.00 | 12/19/2019 | Wire | Cleared |
| P19121801 - 3379914 | Salesforce.com Inc. | Multiple | USD | 12,639.07 | 12/19/2019 | Check | Canceled |

| CONFIRMATION # | VENDOR | INVOICE # | CURRENCY | PAYMENT AMOUNT | PROCESS DATE | PAYMENT | PAYMENT STATUS |
|---|---|---|---|---|---|---|---|
| P19121801 - 3420625 | Attractour, LLC | Multiple | USD | 2,000.00 | 12/19/2019 | ePayment | Cleared |
| P19121801 - 3379075 | Erevena Limited | INV-4735 | USD | 10,000.00 | 12/19/2019 | Wire | Cleared |
| P19121801 - 3379914 | Salesforce.com Inc. | Multiple | USD | 12,639.07 | 12/19/2019 | Check | Canceled |

| CONFIRMATION # | VENDOR | INVOICE # | CURRENCY | PAYMENT | PROCESS DATE | PAYMENT | PAYMENT STATUS | |
|---|---|---|---|---|---|---|---|---|
| P19121301 - 2351975 | Rocco DiSanti | 650 | USD | 220 | 12/26/2019 | ePayment | Failed | |

| CONFIRMATION # | VENDOR | INVOICE # | CURRENCY | PAYMENT AMOUNT | PROCESS DATE | PAYMENT TY | PAYMENT STATUS |
|---|---|---|---|---|---|---|---|
| P19121801 - 3424153 | Amit Shah | 2388 | USD | 1,000.00 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3633836 | Andy Romer Photography | 173-2019 | USD | 693.75 | 12/20/2019 | ePayment | Cleared |
| P19121801 - 3417934 | BrandArt Ltd | 46702 | USD | 3,750.00 | 12/20/2019 | Wire | Cleared |
| P19121901 - 3647530 | Christopher W. Hammersley | 6 | USD | 2,500.00 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3634652 | Fabio Toblini | 917-816-3250 | USD | 575 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3649104 | Joey Valliere | Reim 12/12/19 | USD | 397.26 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3646804 | Malachy Sherlock | PI_0005 | USD | 6,250.00 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3639904 | Martos Engineering | 18039.01-01 | USD | 541.22 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3643532 | McMaster-Carr | 79985593 | USD | 367.75 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3648355 | Nathan Coyle | Multiple | USD | 18,032.39 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3645458 | NY CAKE POPS | Multiple | USD | 1,009.90 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3646358 | Phoenix Fire & Security Solutions | Multiple | USD | 1,420.80 | 12/20/2019 | ePayment | Cleared |
| P19121801 - 3424837 | Project Tactical Solutions, LLC | PIP201901 | USD | 978 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3634542 | Red Tricycle | 7431 | USD | 583.33 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3629027 | Ryan Brinkmann | Reim 12/4/19 | USD | 4,254.30 | 12/20/2019 | ePayment | Cleared |
| P19121801 - 3425459 | TINC Productions | 2657 | USD | 880.21 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3629580 | Walter T. Gorman, P.E., P.C | 71258 | USD | 725 | 12/20/2019 | ePayment | Cleared |
| P19121801 - 3422672 | Zakaria Al-Alami | 2019-03 | USD | 1,296.25 | 12/20/2019 | ePayment | Cleared |
| P19121901 - 3656646 | Accelo Inc | May 31 2019 | USD | 714 | 12/20/2019 | Other | Processed |
| P19121901 - 3657297 | Brad Jones | Reim 11/23/19 | USD | 1,284.35 | 12/20/2019 | Other | Processed |
| P19121901 - 3657810 | Eliot Hill Corp | Multiple | USD | 795 | 12/20/2019 | Other | Processed |
| P19121901 - 3658631 | JAM Consultants. Inc | 162256 | USD | 1,293.07 | 12/20/2019 | Other | Processed |
| P19121901 - 3659669 | Nicholas & Lence Communications, LLC | 5 | USD | 1,767.65 | 12/20/2019 | Other | Processed |
| P19121901 - 3660788 | SPOTCO | Multiple | USD | 50,000.00 | 12/20/2019 | Other | Processed |
| P20021701 - 6759955 | Top Notch Graphics, Inc. | 17606 | USD | 1,581.31 | 12/20/2019 | Other | Processed |
| P19121901 - 3658989 | Joseph Bach | Reimb 11/25/19 | USD | 363.75 | 12/20/2019 | Other | Voided |
| P19121901 - 3661820 | Top Notch Graphics, Inc. | Multiple | USD | 1,581.31 | 12/20/2019 | Other | Voided |

| CONFIRMATION # | VENDOR | INVOICE # | CURRENCY | PAYMENT AN | PROCESS DATE | PAYMENT | PAYMENT STATUS |
|---|---|---|---|---|---|---|---|
| P19123001 - 5739450 | Bill Mckee | 1010 | USD | 16,667.00 | 12/31/2019 | ePayment | Cleared |
| P19123001 - 5739187 | Bill Mckee | 1009 | USD | 16,667.00 | 12/31/2019 | ePayment | Cleared |
| P19123001 - 5739932 | Malachy Sherlock | Pl_004 | USD | 7,000.00 | 12/31/2019 | ePayment | Cleared |
| P20021401 - 6325158 | Sysco | 276824601 | USD | 510.21 | 12/31/2019 | Other | Processed |

| CONFIRMATION # | VENDOR | INVOICE # | CURRENCY | PAYMENT AMOUNT | PROCESS DATE | PAYMENT TYPE | PAYMENT STATUS |
|---|---|---|---|---|---|---|---|
| P20012101 - 0587820 | Michael Moore Agency | 1303 | USD | 1,275.00 | 1/22/2020 | ePayment | Cleared |
| P20012101 - 0456259 | Manhattan Mechanical Services, Inc | 171122 | USD | 3,306.32 | 1/21/2020 | Other | Processed |
| P20011301 - 8601805 | Bill Mckee | Travel Reim 1-15-20 | USD | 2,871.35 | 1/14/2020 | ePayment | Cleared |
| P20011201 - 8491130 | Michael Moore Agency | 1303 | USD | 1,275.00 | 1/14/2020 | ePayment | Cleared |
| P20011301 - 8601392 | TINC Productions | 2657 | USD | 880 | 1/14/2020 | ePayment | Cleared |
| P20011001 - 8229171 | Bensinger Technology | 12142 | USD | 3,000.00 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8228503 | Christopher W.  Hammersley | 8 | USD | 1,500.00 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8225414 | Jeremy McGawley | Reim 1/3/20 | USD | 40.26 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8226579 | Joey Valliere | Multiple | USD | 931.08 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8232140 | Malachy Sherlock | Multiple | USD | 7,000.00 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8224785 | Richard LaRoche | Reim 12/19/19 | USD | 302.6 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8224039 | Ryan Brinkmann | Multiple | USD | 5,511.60 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8227522 | T&B Consulting Services Ltd. | 89 | USD | 13,500.00 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8239445 | Matthew Annis | NJ Transit Jan2020 | USD | 298 | 1/10/2020 | Other | Processed |
| P20011001 - 8240162 | ShinYeon Moon | 40 | USD | 1,750.00 | 1/10/2020 | Other | Processed |
| P20010301 - 6474060 | 4Wall Entertainment, Inc. | Multiple | USD | 20,000.00 | 1/6/2020 | ePayment | Cleared |
| P20010301 - 6474656 | Attractour, LLC | 257 | USD | 500 | 1/6/2020 | ePayment | Cleared |
| P20010301 - 6475037 | BrandArt Ltd | 46702 | USD | 4,578.34 | 1/6/2020 | Wire | Cleared |
| P20010301 - 6476273 | Brooke Shoulders | Reim 1-2-2020 | USD | 90 | 1/6/2020 | ePayment | Cleared |
| P20010301 - 6476611 | Christopher W.  Hammersley | 7 | USD | 2,500.00 | 1/6/2020 | ePayment | Cleared |
| P20010301 - 6475732 | Joey Valliere | Multiple | USD | 308.89 | 1/6/2020 | ePayment | Cleared |
| P20010301 - 6480729 | Brad Jones | NYSATA/Kidzcon | USD | 353.29 | 1/3/2020 | Other | Processed |
| P20010201 - 6267323 | Cintas | Multiple | USD | 2,865.76 | 1/3/2020 | ePayment | Cleared |
| P20010301 - 6481560 | Joseph Bach | Reimb 11/25/19 | USD | 363.75 | 1/3/2020 | Other | Processed |
| P20010301 - 6481804 | ShinYeon Moon | 37 | USD | 1,400.00 | 1/3/2020 | Other | Processed |

| CONFIRMATION # | VENDOR | INVOICE # | CURRENCY | PAYMENT AMOUNT | PROCESS D | PAYMENT | PAYMENT STATUS | |
|---|---|---|---|---|---|---|---|---|
| P20010301 - 6480729 | Brad Jones | NYSATA/Kidzcon | USD | 353.29 | 1/3/2020 | Other | Processed | |
| P20010201 - 6267323 | Cintas | Multiple | USD | 2,865.76 | 1/3/2020 | ePayment | Cleared | |
| P20010301 - 6481560 | Joseph Bach | Reimb 11/25/19 | USD | 363.75 | 1/3/2020 | Other | Processed | |
| P20010301 - 6481804 | ShinYeon Moon | 37 | USD | 1,400.00 | 1/3/2020 | Other | Processed | |

| CONFIRMATION # | VENDOR | INVOICE # | CURRENCY | PAYMENT | PROCESS D | PAYMENT | PAYMENT STATUS |
|---|---|---|---|---|---|---|---|
| P20010301 - 6474060 | 4Wall Entertainment, Inc. | Multiple | USD | 20,000.00 | 1/6/2020 | ePayment | Cleared |
| P20010301 - 6474656 | Attractour, LLC | 257 | USD | 500 | 1/6/2020 | ePayment | Cleared |
| P20010301 - 6475037 | BrandArt Ltd | 46702 | USD | 4,578.34 | 1/6/2020 | Wire | Cleared |
| P20010301 - 6476273 | Brooke Shoulders | Reim 1-2-2020 | USD | 90 | 1/6/2020 | ePayment | Cleared |
| P20010301 - 6476611 | Christopher W.  Hammersley | 7 | USD | 2,500.00 | 1/6/2020 | ePayment | Cleared |
| P20010301 - 6475732 | Joey Valliere | Multiple | USD | 308.89 | 1/6/2020 | ePayment | Cleared |

| CONFIRMATION # | VENDOR | INVOICE # | CURRENCY | PAYMENT | PROCESS DATE | PAYMENT TYP | PAYMENT STATUS |
|---|---|---|---|---|---|---|---|
| P20011001 - 8229171 | Bensinger Technology | 12142 | USD | 3,000.00 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8228503 | Christopher W. Hammersley | 8 | USD | 1,500.00 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8225414 | Jeremy McGawley | Reim 1/3/20 | USD | 40.26 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8226579 | Joey Valliere | Multiple | USD | 931.08 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8232140 | Malachy Sherlock | Multiple | USD | 7,000.00 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8224785 | Richard LaRoche | Reim 12/19/19 | USD | 302.6 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8224039 | Ryan Brinkmann | Multiple | USD | 5,511.60 | 1/13/2020 | ePayment | Cleared |
| P20011001 - 8227522 | T&B Consulting Services Ltd. | 89 | USD | 13,500.00 | 1/13/2020 | ePayment | Cleared |

| CONFIRMATION # | VENDOR | INVOICE # | CURRENCY | PAYMENT | PROCESS DATE | PAYMENT TYPE | PAYMENT STATUS | |
|---|---|---|---|---|---|---|---|---|
| P20011301 - 8601805 | Bill Mckee | Travel Reim 1-15-20 | USD | 2,871.35 | 1/14/2020 | ePayment | Cleared | |
| P20011201 - 8491130 | Michael Moore Agency | 1303 | USD | 1,275.00 | 1/14/2020 | ePayment | Cleared | |
| P20011301 - 8601392 | TINC Productions | 2657 | USD | 880 | 1/14/2020 | ePayment | Cleared | |

| CONFIRMATION # | VENDOR | INVOICE # | CURRENCY | PAYMENT | PROCESS DATE | PAYMENT TYPE | PAYMENT STATUS | |
|---|---|---|---|---|---|---|---|---|
| P20012101 - 0587820 | Michael Moore Agency | 1303 | USD | 1,275.00 | 1/22/2020 | ePayment | Cleared | |

| CONFIRMATION # | VENDOR | INVOICE # | CURRENCY | PAYMENT AMOUNT | PROCESS DATE | PAYMENT TYPE | PAYMENT STATUS |
|---|---|---|---|---|---|---|---|
| P20021401 - 6458699 | Con Edison - Account 0200-4 | Stmt 1/17/20 | USD | 1,482.59 | 2/10/2020 | Other | Processed |
| P20021401 - 6420412 | Bensinger Technology | 12162 | USD | 3,000.00 | 2/7/2020 | Other | Processed |
| P20021401 - 6442276 | First Insurance Funding | Insallment 1/15/2020 | USD | 1,775.49 | 2/3/2020 | Other | Processed |